**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 862

United States Fidelity and Guaranty Company
v.
VOA Associates Inc., Liberty International Underwriters,
Michael J. Madden and Jean Madden

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, United States Fidelity and Guaranty Company

| |
|---|
| NAME (Type or print) <br> Carrie A. Von Hoff |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carrie A. Von Hoff |
| FIRM <br> Karbal Cohen Economou Silk & Dunne, LLC |
| STREET ADDRESS <br> 200 S. Michigan Avenue, 20th Floor |
| CITY/STATE/ZIP <br> Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279982 | TELEPHONE NUMBER <br> 312/431/3700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐