**08 C 862**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT A

## Part 1 of 14

# The St. Paul Business Foundation Series

Common Policy Declarations



Your Insurance Company is:
United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

A Stock Insurance Company

| Policy Number: | Renewal Of: | Reason For Issuance |
|---|---|---|
| BK01116165 | BK00852660 | Renewal |

**Named Insured**
VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number: 0001614656

**Your Agent**
AVA INSURANCE AGENCY
425 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

Agent's Signature:

**Policy Period:** From 05/01/2002  12:01 a.m. to 05/01/2003 12:01a.m., standard time   at the mailing address shown.

In return for the payment of the premium and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy. This policy consists of the following Coverage Part(s) for which a premium is indicated. This premium may be subject to adjustment. The Annual Policy Writing Minimum Premium is $500.

| Coverages | Premium |
|---|---|
| Liability | $ 3,243.00 |
| Property | $21,217.00 |
| Commercial Umbrella Liability | $ 2,450.00 |
| Equipment and Mobile Property | $    54.00 |
| Florida Fire College Surcharge | $     2.29 |
| Emergency Management Surcharge | $     4.00 |
| Total Policy Premium: | **$ 26,970.29** |

**Forms and Endorsements Applicable to This Coverage Part:**

See attached Schedule of Forms and Endorsements CL/BF 00 35.

INSURED
CL/BF 00 10 09 99
Print Date: 05/04/2005

Direct Bill Number
4400031464
Prepaid

This policy includes the following:

- Common Policy Declarations
- Common Policy Conditions
- A Schedule of Forms and Endorsements
- A Schedule of Premises
- Two or more Coverage Parts. A Coverage Part consists of:
  - Declarations for the form of coverage provided:
  - A Coverage Form; and
  - Any applicable endorsements.
- Endorsements applicable to all Coverage Parts, if any.

This Company has caused this policy to be signed by its President and its Secretary and countersigned by a duly authorized representative.

## UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
FIDELITY AND GUARANTY INSURANCE COMPANY

*Sandra Ulsaker Wiese*
  *Secretary*

Sandra Ulsaker Wiese
Secretary

*Jay S. Fishman*

Jay S. Fishman
President

CL/BF 00 15 03 95

Policy Number:

# Common Policy Conditions

All Coverage Parts and Additional Coverages included in this Policy are subject to the following conditions:

A. Cancellation

  1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

  2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

     a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

     b. 30 days before the effective date of cancellation if we cancel for any other reason.

  3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

  4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

  5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

  6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. Changes

  This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. Examination Of Your Books And Records

  We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. Inspections And Surveys

  We have the right but are not obligated to:

  1. Make inspections and surveys at any time;

  2. Give you reports on the conditions we find; and

  3. Recommend changes.

  Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

  1. Are safe or healthful; or

  2. Comply with laws, regulations, codes or standards.

  This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

E. Premiums

  The first Named Insured shown in the Declarations:

  1. Is responsible for the payment of all premiums; and

  2. Will be the payee for any return premiums we pay.

F. Transfer Of Your Rights And Duties Under This Policy

  Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

G. Premium Audit

1. We will compute all premiums for this policy in accordance with our rules and rates.

2. This policy may be subject to audit if a premium designated as an advance premium is shown in the Declarations. If an audit is performed, we will compute the final premium due when we determine your actual exposures.

3. Premium shown in this policy as an advance premium is a deposit premium only. If an audit is performed, at the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned period, we will return the excess to the first Named Insured.

4. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

H. Liberalization

If we adopt any revision of policy terms that would broaden the coverage of any Coverage Part or Additional Coverage that is part of this policy during the policy term period and no premium is charged for that revision, the broadened coverage will apply to this policy on the date that revision becomes effective.

I. Unintentional Errors and Omissions

Your rights and duties under this policy will not be affected if you commit the following error or omission:

1. Improperly describe a covered premises;

2. Incorrectly report values or liability premium basis amounts;

3. Fail to report a premises or operation; or

4. Incorrectly report a loss or occurrence to another insurer, based on a reasonable belief that coverage for that loss or occurrence exists under the policy issued by that insurer and not under this policy, when such loss or occurrence should have been reported to us.

We have the right to collect additional or retro-active premium if such error or omission is made by you.

# The St. Paul Business Foundation Series
Schedule Of Forms And Endorsements



| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Renewal |

### Forms and Endorsements Applicable to All Coverage Parts:

| | |
|---|---|
| CL/BF 00 10 09 99 | Common Policy Declarations |
| CL/BF 00 15 03 95 | Countersignature |
| CL/BF 00 30 09 99 | Common Policy Conditions |
| CL/BF 00 35 03 95 | Schedule of Forms and Endorsements |
| CL/BF 00 40 04 97 | Schedule of Premises |
| CL/BF 84 44 05 96 | Illinois Changes |
| CL/BF 00 22 06 00 | Important Notice- Property Deductible Change |

### Forms and Endorsements Applicable to the Property Coverage Part:

| | |
|---|---|
| CL/BF 10 05 09 99 | Property Coverage Part Declarations |
| CL/BF 10 10 09 99 | Property Coverage Part |
| CL/BF 11 05 09 99 | Additional Coverage - Business Income and Extra Expense Dependent Properties |
| CL/BF 11 65 06 98 | Loss Payable Provisions |
| CL/BF 13 00 09 99 | Suspension of Protective Systems |
| CL/BF 13 20 11 01 | Property Limitation Of Coverage Endorsement |
| CL/BF 11 31 04 97 | Windstorm or Hail Percentage Deductible |
| CL/BF 11 98 04 01 | Broadened Property Coverage Endorsement Accountants, Attorneys, Lawyers, Architects And Engineers |

### Forms and Endorsements Applicable to the Liability Coverage Part:

| | |
|---|---|
| CL/BF 20 05 04 97 | Liability Coverage Part Declarations |
| CL/BF 20 10 09 99 | Liability Coverage Part |
| CL/BF 20 15 02 00 | "Bodily Injury" Definition, "Telecasting" Definition, and Employment Related Practices Exclusion Ame |
| CL/BF 21 00 04 97 | Employee Benefits Liability - Claims Made |
| CL/BF 85 76 04 97 | Additional Coverage - Employers Liability (Stop Gap) |
| CL/BF 21 17 04 99 | International Liability Coverage Endt |
| CL/BF 21 18 09 99 | Tenant Legal Liability Causes of Loss |
| CL/BF 21 30 03 95 | Waiver Of Transfer Of Rights Of Recovery Against Others |
| CL/BF 21 81 04 01 | Broadened Liability Coverage Endorsement Architects And Engineers |
| CL/BF 22 40 03 95 | (Form B) Owners, Lessors Or Contractors |
| CL/BF 22 86 10 01 | Liability Broadening Endorsement |
| CL/BF 23 08 09 98 | Amendment of Pollution Exclusion - Exception for Carbon Monoxide Within A Building |
| CL/OO 99 01 01 87 | Liability Manuscript Coverage |
| CL/BF 21 84 04 01 | Employee Benefits Liability (Claims-Made) Accountants, Attorneys, Lawyers, Architects And Engineers |
| CL/BF 23 92 10 01 | Professional Services Exclusion Endorsement |

CL/BF 00 35 03 95

# The St. Paul Business Foundation Series
Schedule Of Forms And Endorsements

Forms and Endorsements Applicable to the Golf Facilities Management Liability Protection Coverage Part:

Forms and Endorsements Applicable to the Limited Above Ground Pollution Liability Coverage Part:

Forms and Endorsements Applicable to the Community Association Management Liability Coverage Part:

Forms and Endorsements Applicable to the Construction and Installation Coverage Part:

Forms and Endorsements Applicable to the Equipment and Mobile Property Coverage Part:

| | |
|---|---|
| CL/BF 11 99 04 01 | Broadened Equipment And Mobile Property Coverage Endorsement Architects And Engineers |
| CL/BF 40 00 03 95 | Equipment and Mobile Property Coverage Part Declarations |
| CL/BF 40 05 04 97 | Equipment and Mobile Property Coverage Part |

Forms and Endorsements Applicable to the Golf Facilities Maintenance Equipment and Golf Car Protection Coverage Part:

Forms and Endorsements Applicable to Other Inland Marine Coverages:

Forms and Endorsements Applicable to the Commercial Umbrella Liability Coverage Part:

| | |
|---|---|
| CL/IL 191 02 93 | Commercial Umbrella Liability Coverage Part Declarations |
| CL/UL 00 01 02 93 | Commercial Umbrella Liability Coverage Form |
| CL/UL 04 05 02 95 | Employee Benefits Excess Liability Coverage Form |

CL/BF 00 35 03 95

# The St. Paul Business Foundation Series

Schedule Of Forms And Endorsements



---

**Forms and Endorsements Applicable to the Commercial Umbrella Liability Coverage Part:**

| | |
|---|---|
| CL/UL 01 02 02 93 | Illinois Changes - Prejudment Interest |
| CL/UL 21 16 02 93 | Exclusion - Lead |
| CL/UL 21 18 10 01 | Professional Liability Exclusion (Umbrella) |
| CL/UL 21 74 10 01 | Amendment Of Insuring Agreement And Who Is An Insured |
| CL/UL 21 80 04 00 | Employment Related Practises Exclusion |
| CL/UL 21 81 04 00 | "Bodily Injury" Definition Amendment |
| CL/UL 21 99 02 93 | Exclusion - Nuclear Energy Liability (Broad Form) |
| CL/UL 22 27 02 93 | Exclusion - Professional Liability - Engineers, Architects or Surveyors |
| CL/UL 21 83 04 01 | Broadened Commercial Umbrella Coverage Endorsement Architects And Engineers |

CL/BF 00 35 03 95

# The St. Paul Business Foundation Series



Schedule Of Premises

Your Insurance Company is:
United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

A Stock Insurance Company

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Renewal |

**Description of Premises:**

| Premises Number | Location/Occupancy | Construction |
|---|---|---|
| 0001 | 224 S MICHIGAN AVE STE #1400  CHICAGO IL 60604 | Fire Resistive |

Customer Reference:01
　　　　BLDG:　Primary Class:　(Not Covered)
　　　　　　　　Secondary Class:　(Not Covered)
　　　　BPP:　Primary Class: 871205-Architects, Engineers, and Draftsmen
　　　　　　　Secondary Class:　(Not Covered)

| 0002 | 21 DUPONT CIRCLE NW  WASHINGTON DC 20045 | Masonry Non-Combustible |

Customer Reference:01
　　　　BLDG:　Primary Class:　(Not Covered)
　　　　　　　　Secondary Class:　(Not Covered)
　　　　BPP:　Primary Class: 871205-Architects, Engineers, and Draftsmen
　　　　　　　Secondary Class:　(Not Covered)

| 0003 | 1722 HENDRICKS AVE  JACKSONVILLE FL 32207 | Masonry Non-Combustible |

Customer Reference:01
　　　　BLDG:　Primary Class:　(Not Covered)
　　　　　　　　Secondary Class:　(Not Covered)
　　　　BPP:　Primary Class: 871205-Architects, Engineers, and Draftsmen
　　　　　　　Secondary Class:　(Not Covered)

| 0004 | 801 BRICKELL AVE STE #900  MIAMI FL 33131 | Fire Resistive |

Customer Reference:01
　　　　BLDG:　Primary Class:　(Not Covered)
　　　　　　　　Secondary Class:　(Not Covered)
　　　　BPP:　Primary Class: 871205-Architects, Engineers, and Draftsmen
　　　　　　　Secondary Class:　(Not Covered)

| 0005 | 1030 N ORANGE STE #200  ORLANDO FL 32801 | Fire Resistive |

Customer Reference:01
　　　　BLDG:　Primary Class:　(Not Covered)
　　　　　　　　Secondary Class:　(Not Covered)
　　　　BPP:　Primary Class: 871205-Architects, Engineers, and Draftsmen
　　　　　　　Secondary Class:　(Not Covered)

| 0006 | 2200 WILSON BLVD SUITE 850  ARLINGTON VA 22201 | Masonry Non-Combustible |

Customer Reference:01

CL/BF 00 40 04 97

# The St. Paul Business Foundation Series

Schedule Of Premises

| Premises Number | Location/ Occupancy | | Construction |
|---|---|---|---|
| | BLDG: | Primary Class:    (Not Covered)<br>Secondary Class:    (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen<br>Secondary Class:    (Not Covered) | |
| 0007 | 259 EAST ERIE STREET  CHICAGO IL 60611 | | Frame |
| Customer Reference:01 | | | |
| | BLDG: | Primary Class:    (Not Covered)<br>Secondary Class:    (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen<br>Secondary Class:    (Not Covered) | |

CL/BF 00 40 04 97

Policy Number:

# Illinois Changes

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART
LIABILITY COVERAGE PART
PROPERTY COVERAGE PART.

The following changes are made to the PROPERTY COVERAGE PART:

A. The following is added to SECTION IV. A. 2.:

   C. We will pay your appraiser's fee and the umpire's appraisal fee if the following conditions exist:

      (1) You demand the appraisal; and

      (2) The full amount of loss, as set by the appraiser, is agreed to by our appraiser or by the umpire.

B. Paragraph b. of Section IV. A. 4. Legal Action Against Us is amended to read:

   b. The action is brought within 2 years after the date on which you first have knowledge of the loss. The 2 year time frame will be extended by the number of days between filing the proof of loss and the date the claim is denied in whole or in part.

C. Section IV. B. 1. Concealment, Misrepresentation or Fraud is amended to read:

   1. This Coverage Part is void in any case of concealment, misrepresentation, or fraud by you if;

      a. stated in the policy, endorsement or in the written application; and

      b. made with the actual intent to deceive or materially affect the acceptance of the risk or the hazard assumed by us.

   The concealment, misrepresentation, or fraud must be acted upon within the first year or the first policy term, whichever is less.

D. Section IV. B. 5. - Other Insurance is amended to read:

   5. If there is other more specific insurance covering the same loss or damage, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not. But we will not pay more than the applicable Limit of Insurance.

The following changes are made to the COMMON POLICY CONDITIONS:

1. Condition A. CANCELLATION is replaced by the following:

   **A. Cancellation.**

     1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

     2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

       a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium, or

       b. 30 days before the effective date of cancellation if we cancel for any other reason.

     3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained through a material misrepresentation;

c. You have violated any of the terms and conditions of the policy;

d. The risk originally accepted has measurably increased;

e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro-rata. If the first Named Insured cancels, the refund may be less than pro-rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

If any one or more of the following conditions exist at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal occupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

10. The following applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only

cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

2. The following Condition is added:

**Nonrenewal.**

1. If we decide not to renew this policy, we will mail written notice stating the reasons for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

    a. The broker, if known to us, or the agent of record; and

    b. The last known mortgage holder or lienholder named in the policy at the last mailing address known to us.

    This paragraph does not apply if we have manifested our willingness to renew directly to you.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

    If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

    a. The policy was obtained by misrepresentation or fraud;

    b. The risk originally accepted has measurably increased; or

    c. You have received 60 days notice of our intent not to renew as provided in 1. above.

The following change is made to Additional Coverage - Liquor Liability if made a part of this policy:

A. Subparagraph 3. b. (4) (a) is amended to read:

(a) Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

The following change is made to the Employee Benefits Liability (Claims-Made) CL/BF 21 00, if made a part of this policy.

Paragraph 4. of Item 7. is amended to read: If we cancel or elect not to renew this insurance we will provide this information at the same time as any notice of cancellation or non-renewal. In other circumstances, we will provide this information within 30 days of receipt of the insured's written request.

The following changes are made to the CONSTRUCTION AND INSTALLATION COVERAGE PART - CL/BF 30 05, if made a part of this policy.

A. Paragraph b. of Section IV. A. 5. Legal Action Against Us is amended to read:

5. The action is brought within 2 years after the date on which you first have knowledge of the loss. The 2 year time frame will be extended by the number of days between filing the proof of loss and the date the claim is denied in whole or in part.

B. Section IV. B. 1. Concealment, Misrepresentation or Fraud is amended to read:

1. This Coverage Part is void in any case of concealment, misrepresentation, or fraud by you if;

    a. Stated in the policy, endorsement or in the written application; and

    b. Made with the actual intent to deceive or materially affect the acceptance of the risk or the hazard assumed by us.

The concealment, misrepresentation, or fraud must be acted upon within the first year or the first policy term, whichever is less.

C.  Section IV. B. 6. - Other insurance is amended to read:

6.  If there is other more specific insurance covering the same loss or damage, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not. But we will not pay more than the applicable Limit of Insurance.

The following changes are made to the EQUIPMENT AND MOBILE PROPERTY COVERAGE PART - CL/BF 40 05, if made a part of this policy.

A.  Paragraph b. of Section IV. A. 6. Legal Action Against Us is amended to read:

6.  The action is brought within 2 years after the date on which you first have knowledge of the loss. The 2 year time frame will be extended by the number of days between filing the proof of loss and the date the claim is denied in whole or in part.

B.  Section IV. B. 1. Concealment, Misrepresentation or Fraud is amended to read:

1.  This Coverage Part is void in any case of concealment, misrepresentation, or fraud by you if:

   a.  Stated in the policy, endorsement or in the written application; and

   b.  Made with the actual intent to deceive or materially affect the acceptance of the risk or the hazard assumed by us.

The concealment, misrepresentation, or fraud must be acted upon within the first year or the first policy term, whichever is less.

C.  Section IV. B. 5. - Other insurance is amended to read:

5.  If there is other more specific insurance covering the same loss or damage, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not. But we will not pay more than the applicable Limit of Insurance.



# IMPORTANT NOTICE - PROPERTY DEDUCTIBLE CHANGE

As your property/casualty insurance provider, The St. Paul is always striving to provide high quality insurance products and services tailored to your needs, and that reflect the changes occurring in our industry.

In order to better align ourselves with current industry standards, we have established a minimum $500 property deductible. If your prior policy had a $250 property deductible, it now has a $500 property deductible and the corresponding property premium credit has been applied to your policy.

If your prior policy had a $500 or higher deductible, you are not affected by this new standard.

If you have any questions on this change or would like to make other changes on your policy, please contact your local agent.

The St. Paul remains committed to satisfying your business insurance needs. We hope you remain our customer.

Thank you for your business.

CL/BF 00 22 06 00                                   United States Fidelity and Guaranty Company

# The St. Paul Business Foundation Series

Property Coverage Part Declarations



United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Renewal |

**Limits of Insurance:**

| | | |
|---|---|---|
| $ | 25,000 | Depositor's Forgery |
| $ | 200,000 | Employee Dishonesty |
| | | Name of Plans: |
| $ | 25,000 | Fine Arts |
| $ | 40,000 | Property Off Premises |
| | | Money and Securities: |
| $ | 10,000 | Inside the Premises |
| $ | 5,000 | Outside the Premises |
| $ | 1,565,000 | Valuable Records |

**Deductible:** $500

(The Deductible does not apply to coverage for Accounts Receivable, "Business Income," Extended Business Income, "Extra Expense," Action By Civil Authority and "Expediting Expense," Counterfeit Currency and Money Orders, and Fire Department Service Charge.)

**If Building Coverage exists, Property Value Guard Automatic Increase:** 4%   - IL
**If Business Personal Property Coverage exists, Property Value Guard Automatic Increase:** 3%   - IL
**Business Income and Extra Expense Covered Time Period:** 12 Months

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation |
|---|---|---|---|---|
| 0001 | Not Covered | Not Covered | $ 2,262,872 | Repl. Cost |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series
Property Coverage Part Declarations

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 425,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0002 | Not Covered | Not Covered | $ 137,367 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0003 | Not Covered | Not Covered | $ 51,500 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0004 | Not Covered | Not Covered | $ 51,809 | Repl. Cost | | |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series
Property Coverage Part Declarations



| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0005 | Not Covered | Not Covered | $ 1,068,151 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 200,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0006 | Not Covered | Not Covered | $ 128,750 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0007 | Not Covered | Not Covered | $ 5,000 | Repl. Cost | | |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series
Property Coverage Part Declarations

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 25,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |

**Forms and Endorsements Applicable to This Coverage Part:**

See attached Schedule of Forms and Endorsements CL/BF 00 35.

CL/BF 10 05 09 99