08 C 862

JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

# EXHIBIT A

## Part 11 of 14

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/13/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | NEWCOURT TECHNOLOGIES CORP 2ND FL PO BOX 2017 BLOOMFIELD HILL, MI 48303-2017 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/13/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 05 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/13/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT 4600 TOUCHTON RD EAST BUILDING 100, SUITE 300 JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985.

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/13/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98        Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985.

Policy Number: BK01116165
## Loss Payable Provisions

Change(s) Effective: 05/13/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

# Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT<br>4600 TOUCHTON RD EAST<br>BLDG 100, SUITE 300<br>JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/13/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF-11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/13/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT<br>4600 TOUCHTON RD EAST<br>BLDG 100, SUITE 300<br>JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/13/2002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0007 | LEASED COMPUTER EQUIPMENT | ARLINGTON CAPITAL<br>BOX 7023<br>305 W BEAVER SUITE 400<br>TROY, MI 48007-7023 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

# The St. Paul Business Foundation Series

Change Endorsement



United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 2 | 05/13/2002 | BK01116165 | 05/01/2003 |

**Named Insured**

VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number:  0001614656

**Your Agent**

AVA INSURANCE AGENCY
425 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

**Change(s)**

* The Umbrella Coverage Part is Amended
* An Underlying Policy on the Umbrella Declarations is Amended
Form            Description
CL/BF 00 45 03 95   Change Endorsement
CL/IL 191 02 93   Commercial Umbrella Liability Coverage Part Declarations

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

_____
Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date: 05/04/2005

**Direct Bill Number**
**4400031464**
**Prepaid**

Page 1 of 1

# Commercial Umbrella Liability Coverage Part

Declarations



United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

Change(s) Effective: 05/13/2002

| Policy Number: BK01116165 | Reason For Issuance: Endorsement Number: 2 |
|---|---|

**Limits Of Insurance:**

| | |
|---|---|
| $ 5,000,000 | General Aggregate Limit |
| $ 5,000,000 | Products-Completed Aggregate Limit |
| $ 5,000,000 | Each Incident Limit |

**Form Of Business:**

☐ Individual    ☐ Partnership    ☒ Corporation    ☐ Other:

**Schedule of Underlying Insurance:**

**Automobile Liability**

| Policy Number/Policy Period | Insurer | Limits Of Insurance |
|---|---|---|
| BA01116172<br>05/01/2002 to<br>05/01/2003 | United States Fidelity and Guaranty Company | $1,000,000 Each Accident |

**Commercial General Liability**

| Policy Number/Policy Period | Insurer | Limits Of Insurance |
|---|---|---|
| BK01116165<br>05/01/2002 to<br>05/01/2003 | United States Fidelity and Guaranty Company | $1,000,000 Each Occurrence<br>$1,000,000 Personal and Advertising Injury<br>$2,000,000 General Aggregate<br>$2,000,000 Products - Compl. Ops. Aggregate |

**Employers Liability**

| Policy Number/Policy Period | Insurer | Limits Of Insurance |
|---|---|---|
| WVA2418844<br>05/01/2002 to<br>05/01/2003 | St. Paul Mercury Insurance Company | Bodily Injury By Accident<br>$1,000,000 Each Accident<br>Bodily Injury By Disease<br>$1,000,000 Policy Limit<br>$1,000,000 Each Employee |

**Premium Schedule:**

| Premium Basis | Estimated Exposure | Rate Per $999.99 | Estimated Premium | Minimum Premium |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A. |

Total Advance Premium For This Coverage Part: $2,450.00

**Audit Period:**    ☒ None    ☐ Annually    ☐ Semiannually    ☐ Quarterly    ☐ Monthly

# Commercial Umbrella Liability Coverage Part

Declarations

Change(s) Effective: 05/13/2002

**Forms And Endorsements Applicable To This Coverage Part:**

See attached Schedule of Forms and Endorsements, CL/BF 00 35.

# The St. Paul Business Foundation Series

Change Endorsement



United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 3 | 05/16/2002 | BK01116165 | 05/01/2003 |

**Named Insured**

VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

**Your Agent**

AVA INSURANCE AGENCY
125 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

Client Number: 0001614656

---

**Change(s)**

* Additional Interest: Loss Payee is Added to Premises Number 1

| Form | Description |
|---|---|
| CL/BF 00 45 03 95 | Change Endorsement |
| CL/BF 00 40 04 97 | Schedule of Premises |
| CL/BF 10 05 09 99 | Property Coverage Part Declarations |
| CL/BF 11 65 06 98 | Loss Payable Provisions |

---

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

Authorized Representative

Direct Bill Number
4000031464
Prepaid

# The St. Paul Business Foundation Series



Schedule Of Premises

**United States Fidelity and Guaranty Company**
5801 Smith Avenue
Baltimore, Maryland 21209

Change(s) Effective: 05/16/2002

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Endorsement Number: 3 |

**Description of Premises:**

| Premises Number | Location/ Occupancy | Construction |
|---|---|---|
| 0001 | 224 S MICHIGAN AVE STE #1400  CHICAGO IL 60604 | Fire Resistive |

Customer Reference:01
BLDG:    Primary Class:    (Not Covered)
            Secondary Class:   (Not Covered)
BPP:     Primary Class: 871205-Architects, Engineers, and Draftsmen
            Secondary Class:   (Not Covered)

| 0002 | 21 DUPONT CIRCLE NW  WASHINGTON DC 20045 | Masonry Non-Combustible |
|---|---|---|

Customer Reference:01
BLDG:    Primary Class:    (Not Covered)
            Secondary Class:   (Not Covered)
BPP:     Primary Class: 871205-Architects, Engineers, and Draftsmen
            Secondary Class:   (Not Covered)

| 0003 | 1722 HENDRICKS AVE  JACKSONVILLE FL 32207 | Masonry Non-Combustible |
|---|---|---|

Customer Reference:01
BLDG:    Primary Class:    (Not Covered)
            Secondary Class:   (Not Covered)
BPP:     Primary Class: 871205-Architects, Engineers, and Draftsmen
            Secondary Class:   (Not Covered)

| 0004 | 801 BRICKELL AVE STE #900  MIAMI FL 33131 | Fire Resistive |
|---|---|---|

Customer Reference:01
BLDG:    Primary Class:    (Not Covered)
            Secondary Class:   (Not Covered)
BPP:     Primary Class: 871205-Architects, Engineers, and Draftsmen
            Secondary Class:   (Not Covered)

| 0005 | 1030 N ORANGE STE #200  ORLANDO FL 32801 | Fire Resistive |
|---|---|---|

Customer Reference:01
BLDG:    Primary Class:    (Not Covered)
            Secondary Class:   (Not Covered)
BPP:     Primary Class: 871205-Architects, Engineers, and Draftsmen
            Secondary Class:   (Not Covered)

| 0006 | 2200 WILSON BLVD SUITE 850  ARLINGTON VA 22201 | Masonry Non-Combustible |
|---|---|---|

Customer Reference:01

# The St. Paul Business Foundation
# Series
Schedule Of Premises

Change(s) Effective: 05/16/2002

| Premises Number | Location/ Occupancy | | Construction |
|---|---|---|---|
| | BLDG: | Primary Class:      (Not Covered) | |
| | | Secondary Class:    (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen | |
| | | Secondary Class:    (Not Covered) | |
| 0007 | 259 EAST ERIE STREET  CHICAGO IL 60611 | | Frame |
| Customer Reference:01 | | | |
| | BLDG: | Primary Class:      (Not Covered) | |
| | | Secondary Class:    (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen | |
| | | Secondary Class:    (Not Covered) | |

CL/BF 00 40 04 97

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

ST.PAUL
TRAVELERS

**United States Fidelity and Guaranty Company**
5801 Smith Avenue
Baltimore, Maryland 21209

Change(s) Effective: 05/16/2002

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Endorsement Number: 3 |

**Limits of Insurance:**

| | | |
|---|---|---|
| $ | 25,000 | Depositor's Forgery |
| $ | 200,000 | Employee Dishonesty |
| | | Name of Plans: |
| $ | 25,000 | Fine Arts |
| $ | 40,000 | Property Off Premises |
| | | Money and Securities: |
| $ | 10,000 | Inside the Premises |
| $ | 5,000 | Outside the Premises |
| $ | 1,565,000 | Valuable Records |

**Deductible:** $500

{The Deductible does not apply to coverage for Accounts Receivable, "Business Income," Extended Business Income, "Extra Expense," Action By Civil Authority and "Expediting Expense," Counterfeit Currency and Money Orders, and Fire Department Service Charge.}

**If Building Coverage exists, Property Value Guard Automatic Increase:** 4% - IL

**If Business Personal Property Coverage exists, Property Value Guard Automatic Increase:** 3% - IL

**Business Income and Extra Expense Covered Time Period:** 12 Months

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation |
|---|---|---|---|---|
| 0001 | Not Covered | Not Covered | $ 2,262,872 | Repl. Cost |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

Change(s) Effective: 05/16/2002

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | | | | Accounts Receivable Limit of Insurance | $ | 425,000 |
| | | | | Debris Removal Additional Limit of Insurance | $ | 15,000 |
| | | | | Demolition Cost and Increased Cost of Construction | | |
| | | | | Outdoor Trees, Shrubs, Plants and Lawns: | $ | 3,000 |
| | | | | Seasonal Automatic Increase In Business Personal Property | | 25% |
| | | | | Sewer or Drain Backup | $ | 25,000 |
| | | | | Mortgagee: | | |
| 0002 | Not Covered | Not Covered | $ 137,367 | Repl. Cost | | |
| | | | | Accounts Receivable Limit of Insurance | $ | 35,000 |
| | | | | Debris Removal Additional Limit of Insurance | $ | 15,000 |
| | | | | Demolition Cost and Increased Cost of Construction | | |
| | | | | Outdoor Trees, Shrubs, Plants and Lawns: | $ | 3,000 |
| | | | | Seasonal Automatic Increase In Business Personal Property | | 25% |
| | | | | Sewer or Drain Backup | $ | 25,000 |
| | | | | Mortgagee: | | |
| 0003 | Not Covered | Not Covered | $ 51,500 | Repl. Cost | | |
| | | | | Accounts Receivable Limit of Insurance | $ | 35,000 |
| | | | | Debris Removal Additional Limit of Insurance | $ | 15,000 |
| | | | | Demolition Cost and Increased Cost of Construction | | |
| | | | | Outdoor Trees, Shrubs, Plants and Lawns: | $ | 3,000 |
| | | | | Seasonal Automatic Increase In Business Personal Property | | 25% |
| | | | | Sewer or Drain Backup | $ | 25,000 |
| | | | | Mortgagee: | | |
| 0004 | Not Covered | Not Covered | $ 51,809 | Repl. Cost | | |

# The St. Paul Business Foundation Series

Property Coverage Part Declarations



Change(s) Effective: 05/16/2002

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0005 | Not Covered | Not Covered | $ 1,068,151 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 200,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0006 | Not Covered | Not Covered | $ 128,750 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0007 | Not Covered | Not Covered | $ 5,000 | Repl. Cost | | |

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

Change(s) Effective: 05/16/2002

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 25,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |

---

**Forms and Endorsements Applicable to This Coverage Part:**

See attached Schedule of Forms and Endorsements CL/BF 00 35.

CL/BF 10 05 09 99

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/16/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | LASALLE NATIONAL BANK<br>120 S LASALLE<br>CHICAGO, IL 60603 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
## Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

# Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTRACT #001-00897482-001(CANON COLOR C OPIER) | CANON FINANCIAL SERVICES,INC. 15325 SOUTHEAST 30TH PLACE STE #100 BELLVIEW, WA 98007 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    **a.**  Adjust losses with you; and

    **b.**  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/16/2002

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASE #001-07107-01 & 327929001 | GE CAPITAL COLONIAL PACIFIC LEASING<br>PO BOX 23185<br>PORTLAND, OR 97281-3185 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a.  Adjust losses with you; and

   b.  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
# Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | NEWCOURT TECHNOLOGIES CORP 2ND FL<br>PO BOX 2017<br>BLOOMFIELD HILL, MI 48303-2017 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    a.  Adjust losses with you; and

    b.  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985.

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/16/2002

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | SOFTWARE | COMPAQ FINANCIAL SERVICES INSURANCE ADMINISTRATOR 420 MOUNTAIN AVE P.O. BOX 6 MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
## Loss Payable Provisions

---

Change(s) Effective: 05/16/2002

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT 4600 TOUCHTON RD EAST BUILDING 100, SUITE 300 JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 05/16/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | HARDWARE LEASE 9010004763000 VALUE$50,000 LOCATED 85% IN CHICAGO 15% IN ORLANDO. SOFTWARE LEASE 9010004764000 VALUE AT $25,000 LOCATED 70% CHICAGO 30% WASHINGTON DC. | CIT TECHNOLOGY FINANCING SERVICES, INC. PO BOX 3547 BELLEVUE, WA 98009 |

**1.** The following is added to SECTION IV. A. 5. Loss Payment:

Loss Payable.

For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

**2.** The following is added to SECTION IV. B. 5. Other Insurance:

For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

**3.** The following is added to SECTION V. Definitions:

"Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
## Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/16/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT<br>4600 TOUCHTON RD EAST<br>BLDG 100, SUITE 300<br>JACKSONVILLE, FL 32246 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    **a.**  Adjust losses with you; and

    **b.**  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98              Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

**1.** The following is added to SECTION IV. A. 5. Loss Payment:

Loss Payable.

For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

**2.** The following is added to SECTION IV. B. 5. Other Insurance:

For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

**3.** The following is added to SECTION V. Definitions:

"Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
## Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT 4600 TOUCHTON RD EAST BLDG 100, SUITE 300 JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CI/BF 11 65 06 98
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 05/16/2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0007 | LEASED COMPUTER EQUIPMENT | ARLINGTON CAPITAL<br>BOX 7023<br>305 W BEAVER SUITE 400<br>TROY, MI 48007-7023 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/8F 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

# The St. Paul Business Foundation Series

Change Endorsement



United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 4 | 07/30/2002 | BK01116165 | 05/01/2003 |

**Named Insured**

VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number:  0001614656

**Your Agent**

AVA INSURANCE AGENCY
425 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

**Change(s)**

* Additional Interest: Loss Payee for Premises Number 1 is Amended to read:
CIT
4600 TOUCHTON RD EAST
BUILDING 100, SUITE 300
JACKSONVILLE, FL 32246
* Additional Interest: Loss Payee for Premises Number 1 is Amended to read:
CIT TECHNOLOGY FINANCINGSERVICES, INC.
PO BOX 3547
BELLEVUE, WA 98009

| Form | Description |
|---|---|
| CL/BF 00 45 03 95 | Change Endorsement |
| CL/BF 11 65 06 98 | Loss Payable Provisions |

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

_____
Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date:  05/04/2005

Direct Bill Number
4400031464
Prepaid

Page 1 of 1

Policy Number: BK01116165
# Loss Payable Provisions

Change(s) Effective: 07/30/2002

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | LASALLE NATIONAL BANK<br>120 S LASALLE<br>CHICAGO, IL 60603 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98                Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTRACT #001-00897482-001(CANON COLOR C OPIER) | CANON FINANCIAL SERVICES,INC. 15325 SOUTHEAST 30TH PLACE STE #100 BELLVIEW, WA 98007 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    a.  Adjust losses with you; and

    b.  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASE #001-07107-01 & 327929001 | GE CAPITAL COLONIAL PACIFIC LEASING<br>PO BOX 23185<br>PORTLAND, OR 97281-3185 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | NEWCOURT TECHNOLOGIES CORP 2ND FL PO BOX 2017 BLOOMFIELD HILL, MI 48303-2017 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 07/30/2002

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | SOFTWARE | COMPAQ FINANCIAL SERVICES INSURANCE ADMINISTRATOR 420 MOUNTAIN AVE P.O. BOX 6 MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985.