# EXHIBIT E

ORDER                                        CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

McFadden

v.                                          No. 03 L 433

VOA

### ORDER

This matter coming to be heard on VOA's motion for summary judgement, due notice having been given and the parties being fully advised in the premises, IT IS HEREBY ORDERED:

1) For the reasons stated on the record, VOA's motion for summary judgment is granted as to §343 & §414 liability and its allegations set forth in the complaint, and

2) VOA's motion for summary judgment is denied as to plaintiff's allegations of negligent design/code violations.

Atty. No.: _____
Name: _____
Atty. for: VOA
Address: 55 W. Monroe 3100
City/State/Zip: Chgo/IL 60603
Telephone: (312) 782-9255

ENTERED:

Dated: _____ MAR 06 2007

Judge

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**