**08 C 862**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT I



Kenneth E. Hagedorn
Director, Claim Services
215 Shuman Blvd.
Naperville, IL 60563

(630) 961-4268
(877) 795-9975 (fax)

November 1, 2007

Ms. Amy Skaggs
Schiff Hardin, L.L.P.
Attorneys at Law
233 South Wacker Drive
Chicago, IL 60606

File No: 609 LR V1M1580 K
Insured: VOA Associates, Inc.
Claimant: Michael Madden
D/L: August 19, 2002

Dear Ms. Skaggs:

Kurt Beranek has informed us that you have requested a copy of our reservation of rights letters to VOA Associates concerning the matter of *Michael Madden vs. VOA Associates*. In accordance with your request, I am enclosing a copy of our letters, dated February 24, 2005, June 5, 2007, and September 28, 2007.

We would appreciate receiving VOA Associates' response to the inquiries in the enclosed correspondence, including VOA Associates' position with regard to our request that it withdraw its tender. We have also requested that VOA Associates provide a copy of Liberty National's professional liability policy and all correspondence setting forth Liberty National's coverage position, including the reason why Liberty National did not defend VOA Associates in the *Madden* case.

If I may be of any further service to you, please contact me.

Sincerely,


Kenneth E. Hagedorn
United States Fidelity and Guaranty Co.