**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 862**

In the Matter of                                                             Case Number:

United States Fidelity and Guaranty Company
v.
VOA Associates Inc., Liberty International Underwriters,
Michael J. Madden and Jean Madden

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States Fidelity and Guaranty Company

**JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
| --- |
| Roderick T. Dunne |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Roderick T. Dunne |

| FIRM |
| --- |
| Karbal Cohen Economou Silk & Dunne, LLC |

| STREET ADDRESS |
| --- |
| 200 S. Michigan Avenue, 20th Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6190915 | 312/431/3700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT