**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  08 C 0862 |
| VOA ASSOCIATES INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN, | ) ) ) ) | |
| Defendants. | ) | |

**UNITED STATES FIDELITY AND GUARANTY COMPANY'S
LOCAL RULE 3.2 STATEMENT**

Now comes United States Fidelity and Guaranty Company pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and states as follows:

1.    The Travelers Companies, Inc., which is a publicly held holding company, owns 100% of St. Paul Fire and Marine Insurance Company, which owns 100% of United States Fidelity and Guaranty Company.

Dated: February 15, 2008

                                        **UNITED STATES FIDELITY AND
                                        GUARANTY COMPANY**


                                        By:   __s:/Rory T. Dunne_____
                                              One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
Carrie A. Von Hoff
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel:  (312) 431-3700
Fax:  (312) 431-3670
Firm ID 38100