### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOA ASSOCIATES INC., LIBERTY )<br>INTERNATIONAL UNDERWRITERS, )<br>MICHAEL J. MADDEN and JEAN MADDEN, )<br>)<br>Defendants. ) | Case No.: 08 C 0862 |

### NOTICE OF FILING

| | |
|---|---|
| Paul M. Lurie, Esq.<br>Amy Skaggs<br>Schiff Hardin, LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | James T. Nyeste<br>33 N. La Salle St.<br>Suite 3350<br>Chicago, IL 60602 |

PLEASE TAKE NOTICE that on March 3, 2008, we filed the attached Waiver of Service of Summons for VOA ASSOCIATES INC., copies of which are hereby served upon you.

Dated: March 3, 2008

                                      **UNITED STATES FIDELITY AND**
                                      **GUARANTY COMPANY**

                                      By:   s:/Rory T. Dunne
                                              One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
Carrie A. Von Hoff
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel: (312) 431-3700
Fax: (312) 431-3670
Firm ID 38100

## PROOF OF SERVICE

The undersigned certifies that copies of the attached Notice of Filing of Waiver of Service of Summons, was filed using the CM/ECF SYSTEM in United States District Court which will send notification of such filing to the following attorney of record:

>James T. Nyeste
>33 N. La Salle St.
>Suite 3350
>Chicago, IL 60602

and by enclosing the same in an envelope, with postage fully prepaid, and by depositing said envelope in a United States Post Office mailbox in Chicago, Illinois on the 3rd day of March, to:

>Paul M. Lurie, Esq.
>Amy Skaggs
>Schiff Hardin, LLP
>6600 Sears Tower
>233 South Wacker Drive
>Chicago, IL 60606

>/s/ Roderick T. Dunne
>One of the Attorneys for United States Fidelity and Guaranty Company