# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States Fidelity And Guaranty Company

                                      Plaintiff,

v.

Case No.: 1:08−cv−00862

Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 4/4/2008. The Madden defendants have not yet been served. Status hearing continued to 5/8/2008 at 09:00 AM. Plaintiff's attorney is directed to notify Madden defendants of the new date. The time for defendants' responses to the complaint are to be filed by 4/18/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.