IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VOA ASSOCIATES INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN,<br><br>Defendants. | Case No. 08 C 0862<br><br>Judge Kennelly<br>Magistrate Judge Brown |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.2, Defendant VOA Associates, Inc. states that it has no parent corporations and that no publicly held company owns 10% or more of its stock.

Dated: April 18, 2008

Respectfully submitted,

VOA ASSOCIATES INC.

By: _____
    One Its Attorneys

Paul M. Lurie
Amy R. Skaggs
SCHIFF HARDIN LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
(312) 258-5500

CH1\5690361.1