THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 0862 |
| v. | ) | |
| VOA ASSOCIATES, INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN | ) ) ) ) | Judge Kennelly Magistrate Judge Brown |
| Defendants. | ) ) | |

## LIBERTY'S FRCP 7.1 AND LR 3.2 DISCLOSURE STATEMENT

Defendant Liberty Insurance Underwriters, Inc. (sued as "Liberty International Underwriters") states that it is a wholly owned subsidiary of Peerless Indemnity Company of Illinois and that it is ultimately controlled by Liberty Mutual Insurance Company. It has no affiliates that are public companies.

Respectfully submitted,
Liberty Insurance Underwriters, Inc.

By: /s/ James T. Nyeste
     Its Attorney

James T. Nyeste
Attorney at Law
33 N. LaSalle Street, Suite 3350
Chicago, IL 60602
Tel: 312-223-1699 ext. 209
IL ARDC# 3125383

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 22, 2008, he electronically filed the foregoing *LIBERTY'S FRCP 7.1 AND LR 3.2 DISCLOSURE STATEMENT* with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all counsel of record (there being no party or counsel who is not a CMF/ECF user).

/s/ James T. Nyeste
Dated:      Chicago, Illinois April 22, 2008