# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States Fidelity And Guaranty Company

                                  Plaintiff,

v.

                                  Case No.:
                                  1:08−cv−00862
                                  Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(or, )

Dated: May 8, 2008

                                                                       /s/ Matthew F. Kennelly

                                                                      United States District Judge