# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States Fidelity And Guaranty Company

                        Plaintiff,

v.                                                         Case No.:
                                                           1:08−cv−00862
                                                           Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown: This matter having been referred to Magistrate Judge Geraldine Soat Brown for a settlement conference, an initial status hearing is hereby set before Magistrate Judge Brown on 05/27/08 at 9:00 a.m. in Courtroom 1812 for the purpose of setting a date for the settlement conference. Counsel for parties shall review Judge Brown's Standing Order for Settlement Conference before appearing for the initial status hearing. See www.ilnd.uscourts.gov/JUDGE BROWN.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.