IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>VOA ASSOCIATES INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN,<br><br>        Defendants. | Case No. 08 C 0862<br><br>Judge Kennelly<br>Magistrate Judge Brown |

### VOA ASSOCIATES, INC.'S MOTION
### TO CHANGE SETTLEMENT CONFERENCE DATE

Defendant, VOA ASSOCIATES, INC. ("VOA"), by its counsel, SCHIFF HARDIN LLP, hereby submits its Motion to Change Settlement Conference Date, and in support thereof, states as follows:

1. On May 8, 2008, Judge Kennelly entered an Order referring this case to Magistrate Judge Geraldine Soat-Brown for purposes of conducting a settlement conference.

2. On May 27, 2008, counsel for USF&G, Liberty International Underwriters ("Liberty") and VOA appeared before Judge Brown at a status conference for purposes of setting a date for the settlement conference. At that time, Judge Brown scheduled the settlement conference for July 31, 2008, and set the case for further status on June 25, 2008. The Court instructed the parties to confirm client availability for the July 31 settlement conference, to contact counsel for Michael J. Madden and Jean Madden ("the Maddens") regarding his clients' interest in participating in the settlement conference, and to report to the Court at the status on June 25.

3. Unfortunately, none of the principals for VOA are available to attend a settlement conference on July 31 because they will be attending a VOA firm retreat out-of-state that day. Counsel for VOA informed counsel for USF&G and Liberty of the conflict. Counsel for USF&G, Liberty and VOA agreed to obtain a list of available dates from their perspective clients by the status conference on June 25, so that a final date for the settlement conference could be set at that time.

4. In addition, VOA's appellate counsel, Michael Reagan, has attempted to contact counsel for the Maddens regarding the settlement conference, but has not yet spoken to him. Counsel for VOA anticipates that counsel for the Maddens will appear before the Court at the status on June 25 to inform the Court whether or not the Maddens will be participating in the settlement conference, and if so, to schedule the date for the settlement conference.

WHEREFORE, Defendant VOA ASSOCIATES, INC., respectfully request that this Court enter an Order changing the settlement conference date to a date and time mutually agreed upon by the parties at the status hearing on June 25, 2008.

Dated: June 18, 2008

VOA ASSOCIATES, INC.

By: _____
One of Its Attorneys

Paul M. Lurie
Amy R. Skaggs
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
(312) 258-5500
Firm ID #90219

CH1\5845622.1

2