IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>VOA ASSOCIATES INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN,<br><br>           Defendants. | Case No. 08 C 0862<br><br>Judge Kennelly<br>Magistrate Judge Brown |

### NOTICE OF MOTION

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on June 25, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, at a previously scheduled status conference, we shall appear before Magistrate Judge Geraldine Soat-Brown, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1812, and then and there present **VOA Associates, Inc.'s Motion to Change Settlement Conference Date,** a copy of which is attached hereto and served upon you.

                                                                        VOA ASSOCIATES INCORPORATED


                                                  By:  Amy R. Skaggs /s/
                                                                  One of Its Attorneys

Paul M. Lurie
Amy R. Skaggs
Schiff Hardin, LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
Attorney No. 90219

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct. Caroline Hale, a non-attorney, certifies that she served copies of this Notice of Motion and VOA Associates, Inc.'s Motion to Change Settlement Conference Date, attached hereto to the entities listed on the attached Service List by depositing the same in the U.S. Mail at 6600 Sears Tower, Chicago, Illinois at or before the hour of 5:00 p.m. on June 19, 2008, with proper postage prepaid.

*Caroline Hale*
Caroline Hale

CH1\5849034.1

## SERVICE LIST

*United States Fidelity and Guaranty Company v.*
*VOA Associates, Inc., et al..*
<u>Case No. 08 C 0862</u>

Rory T. Dunne
Carrie A. Von Hoff
Linda J. Carwile
Karbal Cohen Economou Silk Dunne LLC
200 S. Michigan, 20th Floor
Chicago, IL  60604
Ph. (312) 431-3700
Fx. (312) 431-3670

James T. Nyeste
33 North LaSalle Street, Suite 3350
Chicago, IL 60602
Ph. (312) 223-1699
Fx. (312) 223-8549

CH1\5849075.1