UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

United States Fidelity And Guaranty Company

                        Plaintiff,

v.

                        Case No.:
                        1:08−cv−00862
                        Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. Defendants' motion to reset the settlement conference [28] is granted. Settlement conference previously set for 07/31/08 is stricken and reset to 07/28/08 at 10:30 a.m. Defendants Maddens shall serve the settlement letter on all parties pursuant to paragraph one of this Court's standing order for settlement conference by 07/02/08. VOA shall serve the responsive letter(s) to the Maddens' settlement letter and directed to the carriers by 07/11/08. USFG and Liberty shall serve their responsive letters by 07/21/08. Plaintiff's counsel shall fax or deliver copies of all letters to this Court's courtroom deputy by 07/23/08. Counsel for the parties shall have a conference to schedule any information exchange necessary for preparation of the settlement letters by 06/27/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.