**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | Case No.: 1:08-cv-00862 |
| VOA ASSOCIATES INC., LIBERTY ) INTERNATIONAL UNDERWRITERS, ) MICHAEL J. MADDEN and JEAN MADDEN, ) ) | Judge Kennelly  Magistrate Judge Brown |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Paul M. Lurie, Esq.           James T. Nyeste
      Amy Skaggs                    33 North LaSalle Street
      Schiff Hardin, LLP            Suite 3350
      6600 Sears Tower              Chicago, IL 60602
      233 South Wacker Drive
      Chicago, IL 60606

   PLEASE TAKE NOTICE that on July 9, 2008 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his place or stead, in Room 2103 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Parties' Joint Motion for Protective Order, which was filed electronically on July 1, 2008.

   Dated at Chicago, Illinois, this 1st day of July, 2008.

                              **UNITED STATES FIDELITY AND
                              GUARANTY COMPANY**

                              By:   s:/Linda J. Carwile
                                    One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_319476_1.DOC

## CERTIFICATE OF SERVICE

    I, Linda J. Carwile, an attorney of record in this matter, hereby state that on July 1, 2008, I electronically filed the foregoing Notice of Motion and the Parties' Joint Motion for Protective Order using the CM/ECF SYSTEM, which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 1st day of July, 2008.

                                                                                                                    s/Linda J. Carwile
                                                                                                                     Linda J. Carwile