# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 862 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States Fidelity and Guaranty Co. Vs. VOA Associates Inc., et al. | | |

**DOCKET ENTRY TEXT**

The joint motion for protective order is granted. The parties are directed to submit an electronic version of the order, using the instructions on Judge Kennelly's web page.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|