# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States Fidelity And Guaranty Company

                              Plaintiff,

v.                                         Case No.: 1:08−cv−00862

                                      Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 7/16/2008 with attorneys for all parties. Telephone conference, to be initiated by the parties, is set for 8/13/2008 at 09:00 AM., for the purpose of setting a discovery schedule. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.