## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

United States Fidelity And Guaranty Company

                              Plaintiff,

v.

                              Case No.: 1:08−cv−00862

                              Honorable Matthew F. Kennelly

VOA Associates Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Settlement conference held. Telephone settlement conference with counsel for VOA, USFG and Liberty International set for 08/05/08 at 2:00 p.m. Settlement conference with counsel for Mr and Mrs. Madden, representatives of insurers and VOA set for 08/14/08 at 10:30 a.m. Mr. and Mrs. Madden are not required to be personally present.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.