

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08-cv-00862 ) |
| VOA ASSOCIATES, INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN, | ) ) ) ) ) |
| Defendants. | ) |

**APPEARANCE**

FILED
AUG 0 8 2008
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appearances are hereby filed by the undersigned as attorney for:

MICHAEL J. MADDEN and JEAN MADDEN,

defendants in the above-entitled action.

COLLISON & O'CONNOR, LTD.

BY _____
KEVIN W. O'CONNOR
ARDC # 6216627
Member of the Northern District
of Illinois General and Trial Bar

COLLISON & O'CONNOR, LTD. (#43057)
15TH Floor
19 South LaSalle Street
Chicago, Illinois 60603
(312)229-1560

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  United States Fidelity & Guaranty Co.  Case 08-cv-00862
vs. VOA Associates, Inc., Liberty Int'l Underwriters, Mike and Jean Madden

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Madden + Jean Madden

| SIGNATURE | |
|---|---|
| *[signed] M W O'... * | **FILED** |
| **FIRM** Callison + O'Connor Ltd. | AUG 0 8 2008 TC |
| | Aug 8, 2008 |
| | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |
| **STREET ADDRESS** 19 S. LaSalle St. Ste 1500 | |
| **CITY/STATE/ZIP** Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 43057  6216627 | **TELEPHONE NUMBER** (312) 229-1560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |