# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States Fidelity And Guaranty Company

                                               Plaintiff,

v.

VOA Associates Inc, et al.

                                               Defendant.

Case No.:
1:08−cv−00862

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/13/2008 with attorneys for both sides by telephone. Discovery ordered closed by 2/13/2009. This is a firm date. Deadline for amending pleadings and adding parties is 11/13/2008. Status hearing set for 11/17/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.