

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   James T. Nyeste

FIRM:   James T. Nyeste, Attorney at Law

STREET ADDRESS:   1 N. LaSalle St., Ste. 2100

CITY/STATE/ZIP:   Chicago, IL 60602

PHONE NUMBER:   312-750-1814

E-MAIL ADDRESS:   jnyeste@aol.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 3125383

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 06 C 5993 | Metropolitan Life v Costonie | Darrah |
| 08 C 0862 | United States Fidelity v. VOA Associates | Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ James T. Nyeste                                               September 2, 2008
_____         _____
Attorney's Signature                                                          Date