# EXHIBIT 2

Policy Number: BK01116165

# Professional Services Exclusion Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

LIABILITY COVERAGE PART.

Exclusion A 2.1. Professional Services of **Section I – COVERAGE** is replaced by the following.

**I. Professional Services**

"Bodily injury," "property damage," "personal injury" or "advertising injury" due to rendering or failure to render any professional service by or on behalf of any insured. Professional service includes:

(1) Legal, accounting, advertising, real estate, travel, or consulting service;

(2) Architect, engineer, surveyor, construction contractor or construction management service, including:

  (a) Preparing, approving, or failing to prepare or approve any map, drawing, opinion, report, survey, change order, design, specification, recommendation, permit application, payment request, manual, instruction, computer program for design systems, or selection of a contractor or sub-contractor;

  (b) Any supervisory, inspection, or quality control service;

  (c) Any study, survey, assessment, evaluation, consultation, observation, scheduling, sequencing, training or inspection, including those for job site safety; and

  (d) Any monitoring, testing, or sampling service necessary to perform any of the services included in Exclusion I. 2 (a), (b), or (c) above;

(3) Supervisory, claim, investigation, adjustment, appraisal, survey, audit, or inspection service;

(4) Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruction;

(5) Any health or therapeutic service, treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming;

(7) Optometry or optical or hearing aid service, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses or any similar product or hearing aid device;

(8) Body piercing service;

(9) Service in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(10) Law enforcement or fire-fighting service; and

(11) Handling, embalming, disposal, burial, cremation or disinterment of a dead body.

All other terms of this policy remain the same.

Policy Number: BK01116165

# Professional Liability
Exclusion

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART.

The following is added to Section 2. **Exclusions** of **SECTION I – COVERAGE**:

This insurance does not apply to "injury" arising out of any act, error, or omission in the rendering or failing to render any professional service. Professional service includes:

1. Legal, accounting, advertising, real estate, travel, or consulting service;

2. Architect, engineer, surveyor, construction contractor or construction management service, including:

    a. Preparing, approving, or failing to prepare or approve any map, drawing, opinion, report, survey, change order, design, specification, recommendation, permit application, payment request, manual, instruction, computer program for design systems, or selection of a contractor or sub-contractor;

    b. Any supervisory, inspection, or quality control service;

    c. Any study, survey, assessment, evaluation, consultation, observation, scheduling, sequencing, training or inspection, including those for job site safety; and

    d. Any monitoring, testing, or sampling service necessary to perform any of the services included in Exclusion I.2.a, b, or c above;

3. Supervisory, claim, investigation, adjustment, appraisal, survey, audit, or inspection service;

4. Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruction;

5. Any health or therapeutic service, treatment, advice or instruction;

6. Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming;

7. Optometry or optical or hearing aid service, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses or any similar product or hearing aid device;

8. Body piercing service;

9. Service in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

10. Law enforcement or fire-fighting service; and

11. Handling, embalming, disposal, burial, cremation or disinterment of a dead body.

All other terms of this policy remain the same.