# EXHIBIT 10



*Dorothy Brown*
# Clerk *of the* Circuit Court
*Cook County*

Case Information Summary for Case Number
2003-L-000433

Filing Date: 1/13/2003
Division: Law Division
Ad Damnum: $50000.00

Case Type: PERSONAL INJURY (CONSTRUCTION INJURIES)
District: First Municipal
Calendar: B

## Party Information

| | Plaintiff(s) | Attorney(s) |
|---|---|---|
| | MADDEN MICHAEL | COLLISON & OCONNOR LTD<br>19 S LASALLE STREET<br>CHICAGO IL, 60603<br>(847) 272-8750 |
| | MADDEN JEAN | |

| Date of Service | Defendant(s) | Attorney(s) |
|---|---|---|
| | CLIFFS AND CABLES LLC | SWANSON MARTIN BELL LLP<br>1 IBM PLAZA 3300<br>CHICAGO IL, 60611<br>(312) 321-9100 |
| 7/20/2004 | CONSOLIDATED HIGH SCHOOL | NYHAN PFISTER BAMBRICK &<br>20 N CLARK #1000<br>CHICAGO IL, 60602<br>(312) 629-9800 |
| 4/14/2003 | FH PASCHEN | BRENNER FORD & MONROE LTD |

|  |  |  |
|---|---|---|
|  |  | 33 N DEARBORN #300<br>CHICAGO IL, 60602<br>(312) 781-1970 |
| 3/22/2004 | JACOBS FACILITIES INC | HINSHAW CULBERTSON<br>222 N LASALLE 300<br>CHICAGO IL, 60601<br>(312) 704-3000 |
|  | LURIE PAUL M | SCHIFF HARDIN LLP<br>6600 SEARS TOWER<br>CHICAGO IL, 60606<br>(312) 258-4720 |
|  | SCHULER SHOOK INC | MECKLER, BULGER & TILSON<br>123 N.WACKER DR#1800<br>CHICAGO IL, 60606<br>(312) 474-7900 |
|  | SEHULER & SHOOK INC |  |
|  | SN NIELSON INC |  |
| 8/26/2004 | VOA & ASSOCIATES | FRATERRIGO BERNAEK FEIERE<br>55 W MONROE ST #3400<br>CHICAGO IL, 60603<br>(312) 782-9255 |

## Case Activity

Activity Date: 1/13/2003                                Participant: MADDEN MICHAEL

PERSONAL INJURY (CONSTRUCTION INJURIES) COMPLAINT FILED (JURY DEMANDED)

Court Fee: 501.00                         Attorney: HOROWITZ HOROWITZ &
Ad Damnum Amount: 50000.00                          ASSOC

Activity Date: 2/5/2003            Participant: FH PASCHEN

SUMMONS - RETD N.S.

Court Fee: 23.40

Activity Date: 2/13/2003            Participant: MADDEN MICHAEL

SUBPOENA - RETD P.S.

Attorney: HOROWITZ HOROWITZ & ASSOC

Activity Date: 2/13/2003            Participant: MADDEN

CERTIFICATE OF MAILING FILED

Attorney: HOROWITZ HOROWITZ & ASSOC

Activity Date: 2/13/2003            Participant: MADDEN MICHAEL

CERTIFICATE OF MAILING FILED

Attorney: HOROWITZ HOROWITZ & ASSOC

Activity Date: 2/13/2003            Participant: MADDEN

NOTICE FILED

Attorney: HOROWITZ HOROWITZ & ASSOC

Activity Date: 2/13/2003            Participant: MADDEN MICHAEL

NOTICE FILED

Attorney: HOROWITZ HOROWITZ & ASSOC

Activity Date: 2/21/2003            Participant: MADDEN MICHAEL

CASE MANAGEMENT CALL NOTICE MAILED

Date: 4/17/2003
Court Time: 1000

Activity Date: 3/27/2003            Participant: MADDEN MICHAEL

ALIAS SUMMONS ISSUED

Court Fee: 6.00            Attorney: HOROWITZ HOROWITZ & ASSOC