# EXHIBIT 17

JUN-07-07 04:30PM   FROM-FRATERRIGO BERANEK FEIEREISEL & KASBOHM   +3127824537   T-980   P.02/02   F-839

**ORDER**          CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Madden

v.

No. 03 L 433

VOA

### ORDER

This matter coming to be heard on VOA's motion for summary judgment & due notice having been given and the parties being fully advised in the premises, IT IS HEREBY ORDERED:

1) For the reasons stated on the record, VOA's motion for summary judgment is granted as to §343 & §414 liability and its allegations set forth in the complaint, and

2) VOA's motion for summary judgment is denied as to plaintiff's allegations of negligent design/spec violations.

Atty. No.: _____
Name: _____
Atty. for: VOA
Address: 55 W. Monroe 3800
City/State/Zip: Chgo IL 60603
Telephone: (312) 782-9255

ENTERED:
Dated: MAR 06 2007
Judge

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS