# EXHIBIT 18

90384/839883/KRSido

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL J. MADDEN and JEAN MADDEN, )
)
    Plaintiffs, )
)
-v- ) No. 03 L 433
)
F.H. PASCHEN, S.N. NIELSON, INC., )
JACOBS FACILITIES, INC., VOA & ASSOCIATES )
INC. and SCHULLER & SHOOK )
)
    Defendants. )
)
-v- )
)
CONSOLIDATED HIGH SCHOOL DISTRICT 230 )
)
    Third-Party Defendant. )

**ORDER** _F.H. Paschen SN Nielsen's, Schuller & Shook's and_

This cause coming on to be heard on [F.H. Paschen SN Nielsen's, Schuller & Shook's and] Jacobs Facilities, Inc.'s Motion**s** for Summary Judgment, due notice given, and the Court having heard extensive arguments on January 4, 2007, and being fully advised in the premises,

**IT IS HEREBY ORDERED:** _F.H. Paschen SN Nielsen's, and Schuller & Shook's are_

    A.    That Jacobs Facilities, Inc.'s [F.H. Paschen SN Nielsen's, and Schuller & Shook's are] Motion**s** for Summary Judgment is hereby GRANTED and judgment is entered in favor of Jacobs Facilities, Inc. [, F.H. Paschen SN Nielsen's, Schuller & Shook] and against Plaintiffs Michael Madden and Jean Madden _for the reasons stated in open court_;

    B.    That all remaining defendants and third-party defendants in this pending lawsuit are barred from initiating or prosecuting any counterclaims or third party claims against Jacobs Facilities, Inc. arising out of this lawsuit _F.H. Paschen SN Nielsen and Schuller & Shook_

    C.    That this Court finds no just reason for delaying enforcement or appeal of this Order, pursuant to Supreme Court Rule 304(a).

Date: _____

ENTERED
JUDGE MARCIA MARAS - 1781
MAR 06 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK_____

Enter: _____

                           Judge

Firm ID: 90384
Hinshaw & Culbertson LLP
222 North LaSalle Street Suite 300
Chicago, Illinois 60601
312-704-3333

6152065v1 839883

FBFK 16246
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER