# EXHIBIT 20

Order             CCG N002-300M-2/24/05 (           )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Michael Madden & Jean Madden

v.

VOA & Associates

No. 05 L 433

**ORDER**

This cause coming to be heard for Jury Trial, due notice having been given, and the Court being fully advised in the premises, and the jury having reached a unanimous verdict:

IT IS HEREBY ORDERED That Judgment is entered on the jury verdict in the amount of $1,606,415 plus the costs of the suit.

ENTERED:
ACK ACK

**ENTERED**
JUDGE SUSAN RUSCITTI GRUSSEL - 1596
JUN 27 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 43057
Name: Kevin O'Connor
Atty. for: π
Address: 19 S. LaSalle
City/State/Zip: Chgo, IL 60603
Telephone: 312 229-1560

Dated: June

Judge

Judge's No.

A

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FBFK 18810
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER