# EXHIBIT 21

KB-04154/ESH/ms
W:\CASES\04154KGB.MADDEN\APPEAL\NOTICE OF APPEAL.DOC

#34597

2/14/08

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF COOK     )

## APPEAL TO THE APPELLATE COURT OF ILLINOIS, FIRST DISTRICT, FROM THE CIRCUIT COURT OF COOK COUNTY

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN, ) <br> Plaintiffs-Appellees, ) <br> ) <br> v. ) <br> ) <br> F.H. PASCHEN, S.N. NIELSON, INC., ) <br> JACOBS FACILITIES, INC., CLIFFS AND ) <br> CABLES, LLC and VOA & ASSOCIATES, INC., ) <br> SCHULER & SHOOK, INC., ) <br> Defendant-Appellant. ) | Reviewing Court No. <br><br> Case No. 03 L 000433 <br><br> The Honorable Susan Ruscitti Grussel |

### NOTICE OF APPEAL

NOW COMES, Defendant, VOA & ASSOCIATES, by and through its attorneys, FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM, and hereby files its appeal to the Appellate Court of Illinois, First Judicial District, of the Order entered by Judge Susan Ruscitti Grussel on January 17, 2007, in which Defendant-Appellant's post-trial motion for: 1) JNOV; 2) new trial; and 3) remitter of damages was denied. The Defendant-Appellant prays that this court reverse the order of Judge Susan Ruscitti Grussel denying Defendants-Appellant's post-trial motion and enter a judgment in favor of the Defendant-Appellant or, in the alternative, reverse the foregoing and remand this case to the Circuit Court of Cook County for a new trial or, in the alternative, for a remitter of damages.

Respectfully Submitted,

**Fraterrigo, Beranek**
**Feiereisel & Kasbohm**

Kurt G. Beranek
Eric S. Havens
Attorneys for Defendant-Appellant
**VOA & ASSOCIATES, INC.**

FBFK 23148
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

**FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM**
55 West Monroe--Suite 3400
Chicago, Illinois 60603-5081
Phone: 312-782-9255
FAX:   312-782-4537
Firm I.D. 34597

2

FBFK 23149
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KB-04154/ESH/ms #34597
W:\CASES\04154KGB.MADDEN\APPEAL\NOTICE OF APPEAL.DOC

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

**APPEAL TO THE APPELLATE COURT OF ILLINOIS, FIRST DISTRICT,
FROM THE CIRCUIT COURT OF COOK COUNTY**

| | | |
|---|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN, ) | Reviewing Court No. | |
| Plaintiffs-Appellees, ) | | |
| ) | | |
| v. ) | Case No. 03 L 000433 | |
| ) | | |
| F.H. PASCHEN, S.N. NIELSON, INC., ) | | |
| JACOBS FACILITIES, INC., CLIFFS AND ) | | |
| CABLES, LLC and VOA & ASSOCIATES, INC., ) | The Honorable Susan Ruscitti Grussel | |
| SCHULER & SHOOK, INC., ) | | |
| Defendant-Appellant. ) | | |

FILED APPELLATE COURT 1st DIST
2008 FEB 14 PM 12: 56
STEVEN M. RAVID
CLERK OF COURT

## NOTICE OF FILING

To: Appellate Court of Illinois, First District, 160 North LaSalle St., Chicago, IL 60601
Kevin W. O'Connor, **COLLISON & O'CONNOR, LTD.**, 19 South LaSalle, 15th Floor, Chicago, Illinois 60603

PLEASE TAKE NOTICE that on *February 14, 2008*, we filed our **Notice of Appeal**, on behalf of defendant, VOA & ASSOCIATES, INC, a true and exact copy of said document(s) is being attached hereto and hereby served upon you.

FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM

**FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM**
55 West Monroe Street, Suite 3400
Chicago, IL 60603
(312) 782-9255

Attorneys for defendant,
VOA & ASSOCIATES, INC.

### CERTIFICATION OF FILING AND SERVICE

The undersigned, being one of the attorneys of record for the party hereinbefore designated, hereby certifies that on the 14 day of February, 2008, caused to be filed with the Clerk of the Circuit Court the original of the foregoing *Notice of Filing* and did, on that date, cause to be mailed and served a copy of the foregoing on all attorneys of record to whom this notice is addressed, said mailing having been made by placing a copy in an envelope properly addressed with postage paid and depositing same in the U.S. Mail at 55 West Monroe, Chicago, Illinois on the date aforesaid.

FBFK 23154
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER