# EXHIBIT 22

APPEAL TO THE APPELLATE COURT OF ILLINOIS, FIRST DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL MADDEN and JEAN MADDEN, ) | |
| ) | |
| Plaintiff-Appellants, ) | |
| ) | |
| Vs. ) | NO.  03 L 000433 |
| ) | |
| F. H. PASCHEN, S.N. NIELSON, ) | Honorable Judge Marcia |
| INC., JACOBS FACILITIES, INC., ) | Maras |
| and SCHULER & SHOOK, INC., ) | Judge Presiding |
| ) | |
| Defendant-Appellees. ) | |

### NOTICE OF APPEAL

NOW COME the Plaintiff-Appellants, MICHAEL MADDEN and JEAN MADDEN, by and through their attorneys, COLLISON & O'CONNOR, LTD., and appeal to the Appellate Court of Illinois, First District, from the ruling entered by the Honorable Marcia Maras on March 6, 2007, and the ruling entered by the Honorable Marcia Maras on June 1, 2007, in the Circuit Court of Cook County, Illinois, Law Division, granting the Defendants F. H. PASCHEN, S. N. NIELSON, INC., SCHULER & SHOOK, INC., and JACOBS FACILITIES, INC.'s Motions for Summary Judgment, and denying the plaintiffs' Motion for Reconsideration & Clarification pursuant to 735 ILCS 5/2-1005, the Trial Court further finding that said rulings were final and appealable. This Appeal is brought pursuant to Supreme Court Rules 301 and 304.

By this Appeal, the Plaintiff-Appellants, MICHAEL MADDEN and JEAN MADDEN, are asking the Appellate Court to vacate and reverse the Trial Court's rulings granting the defendants, F. H. PASCHEN, S. N. NIELSON, INC., SCHULER & SHOOK,

1

INC., and JACOBS FACILITIES, INC.'s Motions for Summary Judgment and denying Plaintiffs' Motion for Reconsideration & Clarification pursuant to 735 ILCS 5/2-1005, and asks for an Order denying all Motions for Summary Judgment and granting Plaintiffs' Motion for Reconsideration & Clarification and for such other relief as these plaintiffs may be entitled to on Appeal.

RESPECTFULLY SUBMITTED,

COLLISON & O'CONNOR, LTD.

BY: _____
KEVIN W. O'CONNOR

COLLISON & O'CONNOR, LTD. (#43057)
Attorneys for Plaintiff
15TH FLOOR, 19 S. LASALLE STREET
CHICAGO, ILLINOIS 60603
(312)229-1560

APPEAL TO THE APPELLATE COURT OF ILLINOIS, FIRST DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL MADDEN and JEAN MADDEN, | ) |
| Plaintiff-Appellants, | ) |
| Vs. | ) NO. 03 L 000433 |
| F. H. PASCHEN, S.N. NIELSON, INC., JACOBS FACILITIES, INC., and SCHULER & SHOOK, INC., | ) Honorable Judge Marcia Maras ) Judge Presiding |
| Defendant-Appellees. | ) |

FILED
2007 JUN 28 PM 3:52
DOROTHY BROWN
CLERK
CIRCUIT COURT
COOK COUNTY, ILLINOIS
CIVIL APPEALS DIVISION

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **June 28, 2007**, we have filed with the Clerk of the Circuit Court of Cook County, Illinois the following: **Plaintiffs' Notice of Appeal**, a copy of which is attached hereto and served upon you.

COLLISON & O'CONNOR, LTD.

BY: _____
KEVIN W. O'CONNOR

## CERTIFICATE OF SERVICE

I, a non-attorney, under penalty of perjury, state that on **June 28, 2007**, I mailed a copy of this Notice of Filing and the above-mentioned document(s) to the above-mentioned attorney(s) at their respective address(es) by placing the same in the U.S. Mail located at 19 South LaSalle Street, Chicago, Illinois 60603, at or before 5:00 P.M.

COLLISON & O'CONNOR, LTD. (#43057)
Attorneys for Plaintiff
15TH Floor, 19 S. LaSalle Street
Chicago, Illinois  60603
(312) 229-1560