# EXHIBIT 24

AUG-31-2004  14:30                                                                               P.01/21

architecture + planning + interior design

# FACSIMILE COVER LETTER

To:        Rachel                                      Pages:         21

Company:   AVA Insurance                               Fax Number:    847-517-9033



From:      Jennifer Klomans                            Date:          8/31/04

Subject:   Summons                                     Project Number:

Here is the bodily injury lawsuit I mentioned. The lawyers seem to think it should be filed with Liberty, but Ted commented that it should befiled under general liability, so AVA's input would be appreciated. Thanks!

Copies:

You are receiving this correspondence from an automatic facsimile machine. The direct telephone number to our facsimile machine is (312) 554-1412.

If you experience any problems or have any questions, please call our office at (312) 554-1400, and ask for the person who sent this correspondence. The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the content of this telecopied information is strictly prohibited.



EXHIBIT
Klomans 5
1/6/09 PA

224 South Michigan Avenue  Suite 1400  Chicago, Illinois 60604        Voice  31AVA1002745csimile  312 554 1412

CONFIDENTIAL MATERIALS -