# EXHIBIT 28

This document filed under seal pursuant to Order dated April 3, 2009 (Document No. 75)