# EXHIBIT 33

(Rev. 4/12/01) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL J. MADDEN and JEAN MADDEN
Plaintiff

v.

VOA ASSOCIATES, INC.
Defendant

No. 03 L 000433

Calendar: ______

2005 JAN 13 PM 4:10

## APPEARANCE

☑ GENERAL APPEARANCE 0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE; 0904 - APPEARANCE FILED - FEE WAIVED

☐ SPECIAL AND LIMITED APPEARANCE 0905 - SPECIAL APPEARANCE - FEE PAID 0906 - SPECIAL APPEARANCE - NO FEE

☐ JURY DEMAND 1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: ☐ Plaintiff ☑ Defendant

Paul M. Lurie
(INSERT LITIGANT'S NAME)

[signature]
SIGNATURE

☑ INITIAL COUNSEL OF RECORD ☐ PRO SE
☐ ADDITIONAL APPEARANCE ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**ATTORNEY**

NAME: Paul M. Lurie
ATTORNEY FOR: Defendant, VOA Associates, Inc.
ADDRESS: Schiff Hardin LLP, 6600 Sears Tower
CITY/STATE/ZIP: Chicago, Illinois 60606
TELEPHONE: (312) 258-5500
INSURANCE COMPANY: ______
ATTORNEY NUMBER: 90219

**PRO SE**

NAME: ______
ADDRESS: ______
CITY/STATE/ZIP: ______
TELEPHONE: ______
INSURANCE COMPANY: ______
ATTORNEY NUMBER 99500

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FBFK 18896
PRIVILEGED - SUBJECT TO PROTECTIVE ORDER

**SERVICE LIST** ***(via facsimile)***

**Michael J. Madden and Jean Madden**
**v. VOA Associates, Inc.,**
**No. 03 L 000433**

Dean Burakat
Nyhan Pfister Bambrick Kinzie & Lowry PC
20 North Clark Street, Suite 1000
Chiago, Illinois 60602-4195
(312) 629-8518 (fax)

Kevin O'Connor
Harman Fedick & O'Connor Ltd.
222 North LaSalle Street
Suite 430
Chicago, Illinois 60601
(312) 368-1140 (fax)

James W. Ford
Brenner, Ford & Monroe, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois
(312) 781-9202 (fax)

Kevin R. Sido
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3001 (fax)

(Attn: Attorney representing S.N. Nielson Inc.)
Fraterrigo Beranek Feiereisel & Kasbohm
55 West Monroe Street, Suite 3400
Chicago, Illinois 60603
(312) 782-4537 (fax)

CHI\4224332.1

FBFK 18897
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER