# EXHIBIT 37

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) Plaintiff, ) ) v. ) VOA ASSOCIATES INC., LIBERTY ) INTERNATIONAL UNDERWRITERS, ) MICHAEL J. MADDEN and JEAN MADDEN, ) ) Defendants. ) | Case No.: 1:08-cv-00862  Judge Matthew F. Kennelly Magistrate Judge Geraldine Soat Brown |

## AFFIDAVIT OF RORY T. DUNNE

Rory T. Dunne, under oath, deposes and states:

1. I am lead counsel representing United States Fidelity and Guaranty Company ("USF&G") in the above-captioned declaratory judgment action.

2. USF&G withdraws all claims against Liberty International Underwriters ("Liberty") for past, present and future expenses and fees paid or to be paid by USF&G in defense of VOA Associates, Inc. ("VOA") in the underlying litigation captioned as Michael J. Madden, et al. v. P.H. Paschen, et al., No. 03 L 000433 (the "Madden Litigation")

3. USF&G has not withdrawn and expressly reserves claims for reimbursement from VOA for defense expenses and fees incurred after USF&G requested VOA's permission to withdraw from VOA's defense.

4. USF&G has not withdrawn and expressly reserves all of its rights and defenses with regard to its potential (unripe) claims for reimbursement from Liberty in the event that USF&G should be found liable to indemnify VOA Associates, Inc.

FURTHER AFFIANT SAITH NOT.

_____
Rory T. Dunne, Esq.

Subscribed and Sworn to Before Me
on this the 8th day of April, 2009.

_____
Notary Public

[Notary Seal: ANITA M. PIECHONKA, MY COMMISSION EXPIRES DECEMBER 19, 2009, OFFICIAL SEAL, STATE OF ILLINOIS]