IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VOA ASSOCIATES INC., LIBERTY INTERNATIONAL UNDERWRITERS, MICHAEL J. MADDEN and JEAN MADDEN,<br><br>Defendants. | Case No. 08 C 0862<br><br>Judge Kennelly |

## VOA ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant VOA Associates, Inc. ("VOA"), respectfully moves for summary judgment on Counts I and II of the Amended Complaint For Declaratory Judgment and Other Relief filed by United States Fidelity and Guaranty Co. ("USF&G"). In support of this Motion, VOA submits the accompanying (i) Memorandum of Law in Support of Motion for Summary Judgment; (ii) Local Rule 56.1 Statement of Undisputed Material Facts; and (iii) Appendix of Exhibits in Support of Motion for Summary Judgment, Vol. I and II.

As set forth in VOA's Memorandum of Law in Support of its Motion and Statement of Undisputed Material Facts, there is no genuine issue as to any material fact, and VOA is entitled to a ruling that: (1) the Madden Lawsuit triggered the duty defend which extends through appeal; (2) USF&G is estopped from asserting any coverage defenses for the $1.6 million Madden Judgment and will be fully responsible for any liability that VOA is ultimately found to owe the

Madden plaintiffs; and (3) USF&G is not entitled to reimbursement of any its defense costs and fees incurred in the defense of the Madden Lawsuit.

**WHEREFORE**, VOA Associates, Inc. respectfully requests that the Court grant summary judgment on Counts I and II in its favor.

Dated: April 8, 2009

                                        **VOA ASSOCIATES, INC.**

                                        By: _/s/ Amy R. Skaggs_
                                              One of Its Attorneys

Paul M. Lurie
Amy R. Skaggs
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5655
(312) 258-5600 (fax)

CH1\6318905.1

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct. Caroline Hale, a non-attorney, certifies that she served copies of the attached **VOA Associates, Inc.'s Motion for Summary Judgment** to the entities listed on the attached Service List by depositing the same in the U.S. Mail at 6600 Sears Tower, Chicago, Illinois at or before the hour of 5:00 p.m. on April 8, 2009, with proper postage prepaid:

*/s/ Caroline Hale*
Caroline Hale

CH1\6320048.1

## SERVICE LIST

## *United States Fidelity and Guaranty Company v.*
## *VOA Associates, Inc., et al..*
## Case No. 08 C 0862

Rory T. Dunne
Carrie A. Von Hoff
Linda J. Carwile
Karbal Cohen Economou Silk Dunne LLC
200 S. Michigan, 20th Floor
Chicago, IL 60604
Ph. (312) 431-3700
Fx. (312) 431-3670

James T. Nyeste
Attorney at Law
1 North LaSalle Street, Suite 2100
Chicago, IL 60602
Ph. (312) 750-1814
Fx. (312) 223-8549
jnyeste@aol.com

Kevin O'Connor
Collison & O'Connor Ltd.
19 South LaSalle Street, 15th Floor
Chicago, Illinois 60603
Ph. (866) 854-5151
Fx. (312) 332-4629

CH1\5849075.1