08 C 86

JUDGE KENNELLY
MAGISTRATE JUDGE BRO

# EXHIBIT A

## Part 12 of 14

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 07/30/2002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 & ALL EQUIPMENT LEASED BY THE NAMED INSURED NOT TO EXCEED THE EQUIPMENT VALUE IN THE LEASE AGREEMENT AND IN THE POLICY VALUES | CIT 4600 TOUCHTON RD EAST BUILDING 100, SUITE 300 JACKSONVILLE, FL 32246 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    a.  Adjust losses with you; and

    b.  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | HARDWARE LEASE 9010004763000 VALUE$50,00 0 LOCATED 85% IN CHICAGO 15% IN ORLANDO. SOFTWARE LEASE 9010004764000 VALUE AT $25,000 LOCATED 70% CHICAGO 30% WASHINGT ON DC. ALL EQUIPMENT LEASED BY THE NAMED INSURED NOT TO EXCEED THE EQUIPMENT VAL UE IN THE LEASE AGREEMENT AND IN THE POL ICY VALUES | CIT TECHNOLOGY FINANCING SERVICES, INC. PO BOX 3547 BELLEVUE, WA 98009 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5, Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

---

Change(s) Effective: 07/30/2002

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0002 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT<br>4600 TOUCHTON RD EAST<br>BLDG 100, SUITE 300<br>JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 07/30/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | SOFTWARE | COMPAQ FINANCIAL SERVICES<br>INSURANCE ADMINISTRATOR<br>420 MOUNTAIN AVENUE<br>P.O. BOX 6<br>MURRAY HILL, NJ 07974-0006 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 85 06 98      Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0005 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 | CIT<br>4600 TOUCHTON RD EAST<br>BLDG 100, SUITE 300<br>JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 85 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985.

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 07/30/2002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0007 | LEASED COMPUTER EQUIPMENT | ARLINGTON CAPITAL<br>BOX 7023<br>305 W BEAVER SUITE 400<br>TROY, MI 48007-7023 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 85 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

# The St. Paul Business Foundation Series

Change Endorsement

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 5 | 09/09/2002 | BK01116165 | 05/01/2003 |

**Named Insured**

VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number: 0001614656

**Your Agent**

AVA INSURANCE AGENCY
425 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

## Change(s)

* Additional Insured: Owners, Lessees, or Contractors Form C is Added

| Form | Description |
|---|---|
| CL/BF 00 45 03 95 | Change Endorsement |
| CL/BF 20 05 04 97 | Liability Coverage Part Declarations |
| CL/BF 22 45 09 99 | Owners, Lessors Or Contractors (Form C) |

Additional Premium: **WAIVED**

Date Issued: 05/04/2005

_____
Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date:  05/04/2005

Direct Bill Number
4400031464
Prepaid

Page 1 of 1

# The St. Paul Business Foundation Series

Liability Coverage Part Declarations

**Your Insurance Company is:**
**United States Fidelity and Guaranty Company**
**5801 Smith Avenue**
**Baltimore, Maryland 21209**

A Stock Insurance Company

Change(s) Effective: 09/09/2002

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Endorsement Number: 5 |

**Limits of Liability:**

| | |
|---|---|
| $ 1,000,000 | Each Occurrence Limit |
| $ 1,000,000 | Personal and Advertising Injury Limit |
| $ 2,000,000 | General Aggregate Limit (Other than Products - Completed Operations) |
| $ 2,000,000 | Products - Completed Operations Aggregate Limit |
| $ 10,000 | Medical Payments Limit (Any One Person) |
| $ 1,000,000 | Tenant Legal Liability Limit |
| $ 0 | Retained Limit Property Damage ($0 Unless Otherwise Indicated) |

**Form Of Business:**

☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Limited Liability Company   ☐ Other:

**Premium Schedule:**

| Classification | Premises Number | Code Number | Premium Basis | Territory | Rate | Advance Premium |
|---|---|---|---|---|---|---|

| Options | | | | | | Premium |
|---|---|---|---|---|---|---|
| Additional Insureds: Owners, Lessees, Or Contractors  Form C | | | | | | $ 0.00 |
| Employee Benefits Liability (Claims - Made) | | | | | | $ 273.00 |
| Employers Liability Stop Gap | | | | | | $ 100.00 |
| International Liability Coverage Endorsement | | | | | | $ 1,250.00 |
| Tenant Legal Liability | | | | | | $ 315.00 |
| **Total** | | | | | | **$ 3,243.00** |

CL/BF 20 05 04 97

# The St. Paul Business Foundation Series

Liability Coverage Part Declarations

Change(s) Effective: 09/09/2002

**Premium Schedule:**

**Audit Period:** None

**Forms and Endorsements Applicable to This Coverage Part:**

See attached Schedule of Forms and Endorsements CL/BF 00 35.

Policy Number: BK01116165

# Owners, Lessees Or Contractors (Form C)
## ADDITIONAL INSURED

Change(s) Effective: 09/09/2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
This endorsement modifies insurance provided under the following:

LIABILITY COVERAGE PART.

## Schedule

**Name of Person or Organization:**

BREVARD COUNTY PARKS AND RECREATION ADMINISTRATION
ATTN: CATHY LIVELY
2725 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940

1.  SECTION II - WHO IS AN INSURED is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

2.  With respect to 1. above the following additional provision applies:

    SECTION IV. 5. **Other Insurance** is replaced by the following:

    **5.  Other Insurance.**

    The insurance afforded by this Coverage Part is primary insurance and we will not seek contribution from any valid and collectible "other insurance" available to the insured unless the valid and collectible "other insurance" is provided by a person or organization who is not shown in the schedule. Then we will share with that valid and collectible "other insurance" by the method described below.

    If all of the valid and collectible "other insurance" permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

    If any of the valid and collectible "other insurance" does not permit contribution by equal shares, we will contribute by limits. Under this method, each Insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

Includes copyrighted material of Insurance e Services Office, Inc., with its permission.
Copyrighted, Insurance Services Office, Inc., 1984

# The St. Paul Business Foundation Series

Change Endorsement

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 6 | 09/09/2002 | BK01116165 | 05/01/2003 |

**Named Insured**

VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number:  0001614656

**Your Agent**

AVA INSURANCE AGENCY
1425 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

**Change(s)**

ENDORSEMENT EFFECTIVE 05/01/02
PROPERTY UNDERWRITING AMENDED TO 'DO NOT PRINT SUSPENSION OF PROTECTIVE SYSTEMS' FOR LOCATIONS 004 AND 005.

| Form | Description |
|---|---|
| CL/BF 00 45 03 95 | Change Endorsement |

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date:  05/04/2005

Direct Bill Number
4490031464
Prepaid

Page 1 of 1

# The St. Paul Business Foundation Series

Change Endorsement

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 7 | 09/09/2002 | BK01116165 | 05/01/2003 |

**Named Insured**
VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number: 0001614656

**Your Agent**
AVA INSURANCE AGENCY
1125 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

## Change(s)

Form          Description
CL/BF 00 45 03 95  Change Endorsement
CL/BF 10 05 09 99  Property Coverage Part Declarations
Form CL/BF 13 00 09 99  Suspension of Protective Systems Endorsement has
been deleted from locations 4 & 5 effective 05/01/2002.

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date:  05/04/2005

Direct Bill Number
4400031464
Prepaid

Page 1 of 1

# The St. Paul Business Foundation Series

Change Endorsement

ST PAUL TRAVELERS

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| Change Number: | Change(s) Effective: | Policy Number: | Policy Expiration: |
|---|---|---|---|
| 8 | 01/24/2003 | BK01116165 | 05/01/2003 |

**Named Insured**
VOA ASSOCIATES INCORPORATED
VOA & OWP&P DESIGN COLLABORATIVE FOR NORTHWESTERN
MEMORIAL HOSPITAL
224 S MICHIGAN AVE STE #1400
CHICAGO, IL 60604

Client Number: 0001614656

**Your Agent**
AVA INSURANCE AGENCY
25 N MARTINGALE RD STE 1100
SCHAUMBURG, IL 60173

Agent Code: 120853

## Change(s)

```
* Additional Interest: Loss Payee is Added to Premises Number 1
* Additional Interest: Loss Payee is Added to Premises Number 1
* Additional Interest: Loss Payee is Added to Premises Number 1
Form              Description
CL/BF 0045 03 95  Change Endorsement
CL/BF 00 40 04 97 Schedule of Premises
CL/BF 10 05 09 99 Property Coverage Part Declarations
CL/BF 11 65 06 98 Loss Payable Provisions
```

**Additional Premium: WAIVED**

Date Issued: 05/04/2005

Authorized Representative

INSURED
CL/BF 00 45 03 95
Print Date: 05/04/2005

Direct Bill Number
4400031464
Prepaid
Page 1 of 1

# The St. Paul Business Foundation Series

Schedule Of Premises

**ST.PAUL TRAVELERS**

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland 21209

Change(s) Effective: 01/24/2003

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Endorsement Number: 8 |

## Description of Premises:

| Premises Number | Location/ Occupancy | Construction |
|---|---|---|
| 0001 | 224 S MICHIGAN AVE STE #1400 CHICAGO IL 60604 | Fire Resistive |

Customer Reference:01

BLDG:    Primary Class:    (Not Covered)
    Secondary Class:    (Not Covered)
BPP:    Primary Class: 871205-Architects, Engineers, and Draftsmen
    Secondary Class:    (Not Covered)

| 0002 | 21 DUPONT CIRCLE NW WASHINGTON DC 20045 | Masonry Non-Combustible |

Customer Reference:01

BLDG:    Primary Class:    (Not Covered)
    Secondary Class:    (Not Covered)
BPP:    Primary Class: 871205-Architects, Engineers, and Draftsmen
    Secondary Class:    (Not Covered)

| 0003 | 1722 HENDRICKS AVE JACKSONVILLE FL 32207 | Masonry Non-Combustible |

Customer Reference:01

BLDG:    Primary Class:    (Not Covered)
    Secondary Class:    (Not Covered)
BPP:    Primary Class: 871205-Architects, Engineers, and Draftsmen
    Secondary Class:    (Not Covered)

| 0004 | 801 BRICKELL AVE STE #900 MIAMI FL 33131 | Fire Resistive |

Customer Reference:01

BLDG:    Primary Class:    (Not Covered)
    Secondary Class:    (Not Covered)
BPP:    Primary Class: 871205-Architects, Engineers, and Draftsmen
    Secondary Class:    (Not Covered)

| 0005 | 1030 N ORANGE STE #200 ORLANDO FL 32801 | Fire Resistive |

Customer Reference:01

BLDG:    Primary Class:    (Not Covered)
    Secondary Class:    (Not Covered)
BPP:    Primary Class: 871205-Architects, Engineers, and Draftsmen
    Secondary Class:    (Not Covered)

| 0006 | 2200 WILSON BLVD SUITE 850 ARLINGTON VA 22201 | Masonry Non-Combustible |

Customer Reference:01

CL/BF 00 40 04 97

# The St. Paul Business Foundation
# Series
Schedule Of Premises

Change(s) Effective: 01/24/2003

| Premises Number | Location/ Occupancy | | Construction |
|---|---|---|---|
| | BLDG: | Primary Class: (Not Covered) | |
| | | Secondary Class: (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen | |
| | | Secondary Class: (Not Covered) | |
| 0007 | 259 EAST ERIE STREET CHICAGO IL 60611 | | Frame |
| Customer Reference:01 | | | |
| | BLDG: | Primary Class: (Not Covered) | |
| | | Secondary Class: (Not Covered) | |
| | BPP: | Primary Class: 871205-Architects, Engineers, and Draftsmen | |
| | | Secondary Class: (Not Covered) | |

CL/BF 00 40 04 97

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

ST.PAUL
TRAVELERS

United States Fidelity and Guaranty Company
5801 Smith Avenue
Baltimore, Maryland  21209

Change(s) Effective: 01/24/2003

| Policy Number: | Reason For Issuance: |
|---|---|
| BK01116165 | Endorsement Number:  8 |

**Limits of Insurance:**

| | |
|---|---|
| $   25,000 | Depositor's Forgery |
| $   200,000 | Employee Dishonesty |
| | Name of Plans: |
| | |
| $   25,000 | Fine Arts |
| $   40,000 | Property Off Premises |
| | Money and Securities: |
| $   10,000 | Inside the Premises |
| $   5,000 | Outside the Premises |
| $  1,565,000 | Valuable Records |

**Deductible: $500**

(The Deductible does not apply to coverage for Accounts Receivable, "Business Income," Extended Business Income, "Extra Expense," Action By Civil Authority and "Expediting Expense," Counterfeit Currency and Money Orders, and Fire Department Service Charge.)

If Building Coverage exists, Property Value Guard Automatic Increase: 4%   - IL

If Business Personal Property Coverage exists, Property Value Guard Automatic Increase: 3%   - IL

Business Income and Extra Expense Covered Time Period: 12 Months

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation |
|---|---|---|---|---|
| 0001 | Not Covered | Not Covered | $ 2,262,872 | Repl. Cost |

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

Change(s) Effective: 01/24/2003

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation | | |
|---|---|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | | $ | 425,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase in Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0002 | Not Covered | Not Covered | $ 137,367 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0003 | Not Covered | Not Covered | $ 51,500 | Repl. Cost | | |
| | Accounts Receivable Limit of Insurance | | | | $ | 35,000 |
| | Debris Removal Additional Limit of Insurance | | | | $ | 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ | 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | | | 25% |
| | Sewer or Drain Backup | | | | $ | 25,000 |
| | Mortgagee: | | | | | |
| 0004 | Not Covered | Not Covered | $ 51,809 | Repl. Cost | | |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

**ST.PAUL TRAVELERS**

Change(s) Effective: 01/24/2003

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation |
|---|---|---|---|---|
| | Accounts Receivable Limit of Insurance | | | $ 35,000 |
| | Debris Removal Additional Limit of Insurance | | | $ 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | $ 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | 25% |
| | Sewer or Drain Backup | | | $ 25,000 |
| | Mortgagee: | | | |
| 0005 | Not Covered | Not Covered | $ 1,068,151 | Repl. Cost |
| | Accounts Receivable Limit of Insurance | | | $ 200,000 |
| | Debris Removal Additional Limit of Insurance | | | $ 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | $ 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | 25% |
| | Sewer or Drain Backup | | | $ 25,000 |
| | Mortgagee: | | | |
| 0006 | Not Covered | Not Covered | $ 128,750 | Repl. Cost |
| | Accounts Receivable Limit of Insurance | | | $ 35,000 |
| | Debris Removal Additional Limit of Insurance | | | $ 15,000 |
| | Demolition Cost and Increased Cost of Construction | | | |
| | Outdoor Trees, Shrubs, Plants and Lawns: | | | $ 3,000 |
| | Seasonal Automatic Increase In Business Personal Property | | | 25% |
| | Sewer or Drain Backup | | | $ 25,000 |
| | Mortgagee: | | | |
| 0007 | Not Covered | Not Covered | $ 5,000 | Repl. Cost |

CL/BF 10 05 09 99

# The St. Paul Business Foundation Series

Property Coverage Part Declarations

Change(s) Effective: 01/24/2003

| Premises Number | Building Limit of Insurance | Building Valuation | Business Personal Property Limit of Insurance | Business Personal Property Valuation |
|---|---|---|---|---|
| Accounts Receivable Limit of Insurance | | | | $ 25,000 |
| Debris Removal Additional Limit of Insurance | | | | $ 15,000 |
| Demolition Cost and Increased Cost of Construction | | | | |
| Outdoor Trees, Shrubs, Plants and Lawns: | | | | $ 3,000 |
| Seasonal Automatic Increase In Business Personal Property | | | | |
| Sewer or Drain Backup | | | | 25% |
| Mortgagee: | | | | $ 25,000 |

**Forms and Endorsements Applicable to This Coverage Part:**

See attached Schedule of Forms and Endorsements CL/BF 00 35.

CL/BF 10 05 09 99

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | LASALLE NATIONAL BANK<br>120 S LASALLE<br>CHICAGO, IL 60603 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CI/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165
## Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTRACT #001-00897482-001(CANON COLOR COPIER) | CANON FINANCIAL SERVICES,INC. 15325 SOUTHEAST 30TH PLACE STE #100 BELLVIEW, WA 98007 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98                Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 01/24/2003

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASE #001-07107-01 & 327929001 | GE CAPITAL COLONIAL PACIFIC LEASING<br>PO BOX 23185<br>PORTLAND, OR 97281-3185 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. .B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 01/24/2003

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | CONTENTS | NEWCOURT TECHNOLOGIES CORP 2ND FL<br>PO BOX 2017<br>BLOOMFIELD HILL, MI 48303-2017 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CU/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | SOFTWARE | COMPAQ FINANCIAL SERVICES INSURANCE ADMINISTRATOR 420 MOUNTAIN AVE P.O. BOX 6 MURRAY HILL, NJ 07974-0006 |

1.  The following is added to SECTION IV. A. 5. Loss Payment:

    Loss Payable.

    For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

    **a.**  Adjust losses with you; and

    **b.**  Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to SECTION IV. B. 5. Other Insurance:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3.  The following is added to SECTION V. Definitions:

    "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | LEASED COMPUTER HARDWARE/SOFTWARE LEASE #36&37 VALUE AT 75,000.00 & ALL EQUIPMENT LEASED BY THE NAMED INSURED NOT TO EXCEED THE EQUIPMENT VALUE IN THE LEASE AGREEMENT AND IN THE POLICY VALUES | CIT 4600 TOUCHTON RD EAST BUILDING 100, SUITE 300 JACKSONVILLE, FL 32246 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART..

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | HARDWARE LEASE 9010004763000 VALUE$50,000 LOCATED 85% IN CHICAGO 15% IN ORLANDO. SOFTWARE LEASE 9010004764000 VALUE AT $25,000 LOCATED 70% CHICAGO 30% WASHINGTON DC. ALL EQUIPMENT LEASED BY THE NAMED INSURED NOT TO EXCEED THE EQUIPMENT VALUE IN THE LEASE AGREEMENT AND IN THE POLICY VALUES | CIT TECHNOLOGY FINANCING SERVICES, INC. PO BOX 3547 BELLEVUE, WA 98009 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

## Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | ACCOUNT # 6666716-005 | COLUMN OFFICE EQUIPMENT INC<br>P.O. BOX 740423<br>ATLANTA, GA 33074 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98           Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985

Policy Number: BK01116165

# Loss Payable Provisions

Change(s) Effective: 01/24/2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART.

## Schedule

| Premises Number | Description of Property | Loss Payee (Name and Address) |
|---|---|---|
| 0001 | COLOR COPIER | COLUMN OFFICE EQUIPMENT 919 SPRINGER DR LOMBARD, IL 60148 |

1. The following is added to SECTION IV. A. 5. Loss Payment:

   Loss Payable.

   For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss jointly to you and the Loss Payee, as interests may appear.

2. The following is added to SECTION IV. B. 5. Other Insurance:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the "Loss Payee."

3. The following is added to SECTION V. Definitions:

   "Loss Payee" includes a person or organization you have entered a contract with for the sale of Covered Property.

CL/BF 11 65 06 98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985