Appendix

1.      Deposition of Theodore Schnell, p.43. lines 14-15

2.      USF&G Claim Notes dated August 15, 2006

3.      Correspondence from Beranek to USF&G dated December 8, 2004

4.      Correspondence from Beranek to Schiff Hardin dated February 21, 2005

5.      Correspondence from Beranek to USF&G dated October 24, 2005

6.      Deposition of Kurt Beranek, pp. 44 (lines 3-6), 52 (lines 6, 8-9, 13-18, 22-23)