# EXHIBIT 2

architecture  +  planning  +  interior design

# FACSIMILE COVER LETTER

| | | | |
|---|---|---|---|
| To: | Iris Robinson | Pages: | 1 |
| Company: | St. Paul | Fax Number: | 877-795-9975 |
| From: | Jennifer Klomans | Date: | 11/3/04 |
| Subject: | Motion of Default | Project Number: | |

VOA

Here is a copy of the motion of default. I faxed this to our corporate counsel on 10/22/04 and they contacted these attorney's within a day or so. The plaintiff's attorneys are now waiting to hear back from us. Thanks for all your help. I can be reached at 312-986-3188 ext. 439.

**Copies:**

You are receiving this correspondence from an automatic facsimile machine. The direct telephone number to our facsimile machine is (312) 554-1412.

If you experience any problems or have any questions, please call our office at (312) 554-1400, and ask for the person who sent this correspondence. The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the content of this telecopied information is strictly prohibited.

224 South Michigan Avenue Suite 1400 Chicago, Illinois 60604       Voice  312 554 1400    Facsimile  312 554 1412

FBFK 0986
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER

Law Offices
# HARMAN, FEDICK & O'CONNOR, LTD.
222 North LaSalle Street   Suite 430   Chicago, Illinois 60601
Telephone: (312) 263-6452
Facsimile: (312) 368-1140
e-mail: firm@harmlaw.com

James M. Harman                                  John A. Doyle, Ltd. (1950-1978)
Thomas J. Fedick                                 Doyle & Ryan, Ltd. (1979-1993)
Kevin W. O'Connor                                Ryan, Harman & Fedick, Ltd. (1994-1998)

October 21, 2004

VOA ASSOCIATES INCORPORATED
c/o Lora Martyn
224 S. Michigan Ave., Suite 1400
Chicago, IL 60604

Re: Madden v. F.H. Paschen, S.N. Nielson, Inc., Jacobs Facilities, Inc., Cliffs and Cables, LLC and VOA & Associates

Dear Ms. Martyn:

Please be advised that you were served on August 26, 2004, as the registered agent of VOA Associates Incorporated. The court has ordered us to file a motion for default against you. Please have the attorneys for VOA Associates, Inc., contact us immediately or we will have to file said motion.

If you have any questions please feel free to contact me.

Very truly yours,

HARMAN, FEDICK & O'CONNOR, LTD.

By: _____
KEVIN W. O'CONNOR

KWO/hh

FBFK 0987
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER