# EXHIBIT 3

KB-04154/emc #34597
W:\Cases\04154kgb.Madden\Nmo\vrlf.mot.wpd

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAEL J. MADDEN and JEAN MADDEN, )
   plaintiffs, )
)
v. ) No. 03 L 000433
)
F.H. PASCHEN, S.N. NIELSON, INC., )
JACOBS FACILITIES, INC., CLIFFS AND )
CABLES, LLC and VOA & ASSOCIATES, INC., )
   defendants. )

FILED
DEC 16 2004
DOROTHY BROWN
CLERK OF CIRCUIT COURT

### MOTION

NOW COMES the Defendant, VOA & ASSOCIATES, INC., by and through its attorneys, ***FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM***, and moves this Court for the entry of an Order vacating any and all defaults, technical and/or otherwise, heretofore entered against it; granting it leave to file its Appearance, Answer and Affirmative Defense *instanter*.

WHEREFORE, Defendant, VOA & ASSOCIATES, INC., prays for the entry of an Order as set forth above.

                                            Kurt G. Beranek,
                                            *Attorney for Defendant,*
                                            VOA & ASSOCIATES, INC.

**FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM**
55 West Monroe--Suite 3400
Chicago, Illinois 60603-5081
[312]782-9255
Firm #34597

FBFK 18852
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KB-04154/emc  #34597
W:\Cases\04154kgb.Madden\Nmo\mlf.ord.wpd

STATE OF ILLINOIS )
))SS
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN,<br>plaintiffs,<br><br>v.<br><br>F.H. PASCHEN, S.N. NIELSON, INC.,<br>JACOBS FACILITIES, INC., CLIFFS AND<br>CABLES, LLC and VOA & ASSOCIATES, INC.,<br>defendants. | No. 03 L 000433 |

### ORDER

THIS CAUSE coming to be heard on Motion of Defendant, VOA & ASSOCIATES, INC., by and through its attorneys, *FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM*, for the entry of an Order vacating any and all defaults, technical and/or otherwise, heretofore entered against it; granting it leave to file its Appearance, Answer and Affirmative Defense *instanter*, due notice having been given and the Court being fully advised.

IT IS HEREBY ORDERED that any and all defaults, technical and/or otherwise, heretofore entered against this Defendant are hereby vacated, defendant is granted leave to file its Appearance, Answer and Affirmative Defense *instanter*.

ENTERED:

JUDGE DIANE JOAN LARSEN

Judge  nFJGdgeBs 2004
CIRCUIT COURT #1771

FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM
55 West Monroe--Suite 3400
Chicago, Illinois 60603-5081
[312]782-9255
Firm #34597

FBFK 18853
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER