# EXHIBIT 5

LAW OFFICES
## FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM  COPY

55 WEST MONROE STREET
SUITE 3400
CHICAGO, ILLINOIS 60603-5081
TELEPHONE (312) 782-9255
FAX (312) 782-4537

INTERNET HOME PAGE
http://www.fbfk.com

FREDRICK J. FRATERRIGO (ret.)
KURT G. BERANEK
GARY M. FEIEREISEL
FRANCIS P. KASBOHM
SCOTT D. HAMMER
ERIC A. KRUMDICK

GREGORY J. FRATERRIGO
REBECCA L. LUTNER
RENATA A. KOLIN
GREGORY T. HENRY
CARLA P. LARNED
GINA A. ARMBRUSTER
NADERH H. ELRABADI
MONICA E. KIM

Sender's e-mail:
nelrabadi@fbfk.com

April 22, 2005

Ms. Iris Robinson
**ST. PAUL TRAVELERS**
Commercial Lines Claims Dept.
P.O. Box 3204
Naperville, IL 60566-9773

      Re:    *Madden v. VOA & Assoc., et al.*
            Y/C:   BK01116165O9T001
            DOL:  8/19/02
            C/N:   03 L 000433
            O/F:   KB-04154

Dear Iris:

As you have requested, enclosed please find copies of two contracts relative to the captioned matter.

Please feel free to contact the undersigned with any questions or concerns.

Very truly yours,

FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM

Naderh H. Elrabadi

NHE/esr
Enclosure
W:\Cases\04154kgb.Madden\Letters\2005\0422_StPaul.wpd

WAUKEGAN            CHICAGO            JOLIET


Δ π EXHIBIT 10
Deponent BERANEK
Date 11-24-08  Rptr. SAO
WWW.DEPOBOOK.COM

FBFK 0932
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER