# EXHIBIT 8



6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Steven D. Welhouse
312.258.5655
swelhouse@schiffhardin.com

March 24, 2005

### VIA FACSIMILE

TO:   Counsel of Record

Re:   Michael J. Madden, et al. v. F. H. Paschen, et al.,
      Case No 03 L 0004333

Dear Counsel:

Please find enclosed the Court's March 24, 2005 Order granting Schiff Hardin's Routine Motion for Leave to Withdraw Appearance.

Sincerely,

*[signature]*

Steven D. Welhouse

SDW/jaz
Enclosure

CH1\4240838.1

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | DUBLIN

FBFK 0949
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER

### SERVICE LIST

**Michael J. Madden and Jean Madden
v. VOA Associates, Inc.,
No. 03 L 000433**

Dean Burakat
Nyhan Pfister Bambrick Kinzie & Lowry PC
20 North Clark Street, Suite 1000
Chicago, Illinois 60602-4195
(312) 629-8518 (fax)

Kevin O'Connor
Harman Fedick & O'Connor Ltd.
222 North LaSalle Street
Suite 430
Chicago, Illinois 60601
(312) 368-1140 (fax)

James W. Ford
Brenner, Ford & Monroe, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois
(312) 781-9202 (fax)

Kevin R. Sido
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3001 (fax)

(Attn: Attorney representing S.N. Nielson Inc.)
Fraterrigo Beranek Feiereisel & Kasbohm
55 West Monroe Street, Suite 3400
Chicago, Illinois 60603
(312) 782-4537 (fax)

CH1\4240838.1

FBFK 0950
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL MADDEN, ) | |
| Plaintiff, ) | |
| v. ) | No. 03 433 |
| F.H. PASCHEN, et al., ) | |
| Defendants. ) | |

SDW ✓

### ORDER

On March 10, 2005, Schiff Hardin LLP, counsel for Defendant VOA Associates Incorporated ("VOA"), through Steven D. Welhouse, filed its Motion for Leave to Withdraw its Appearance pursuant to Illinois Supreme Court Rule 13(c). VOA was served with the Motion shortly thereafter, and has presented no objection.

THEREFORE, Schiff Hardin LLP's Motion for Leave to Withdraw Appearance on Behalf of VOA Associates Incorporated is GRANTED.

Dated: March ____, 2005

JUDGE IRWIN J. SOLGANICK
MAR 2 4 2005
CIRCUIT COURT - 239

_____
Hon. Joan Larsen
Circuit Court of Cook County, Illinois
County Department, Law Division

CH1\4294328.1

FBFK 0951
PRIVILEGED-SUBJECT
TO PROTECTIVE ORDER