# EXHIBIT 9

KGB-04154/ #34597
W:\Cases\04154kgb.Madden\Nmo\1014_nom.wpd

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN, ) | |
| plaintiffs, ) | |
| ) | |
| v. ) | No. 03 L 000433 |
| ) | |
| F.H. PASCHEN, S.N. NIELSON, INC., ) | |
| JACOBS FACILITIES, INC., CLIFFS AND ) | |
| CABLES, LLC and VOA & ASSOCIATES, INC., ) | |
| defendants. ) | |

### NOTICE OF ROUTINE MOTION

OCT 2 4 2005

TO: *See attached Service List*

On _Oct 24_, 2005, at _8:45_ a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Larsen or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2203, Richard J. Daley Center, Chicago, Illinois where Defendant, **VOA & ASSOCIATES**, will then and there move the Court in accordance with the attached *Motion for Leave to File its Third-Party Complaint with Summons to Issue on Schuler & Shook, Inc.*, a copy of said Motion is attached hereto and served upon counsel herein.

| Name: | Fraterrigo, Beranek, Feiereisel & Kasbohm | Attorney for: | Defendant |
|---|---|---|---|
| Address: | 55 West Monroe--Suite 3400 | City: | Chicago, Illinois 60603-5081 |
| Telephone: | [312]782-9255 | Attorney No. | 34597 |

### PROOF OF SERVICE BY MAIL

I, Naderh H. Elrabadi, the attorney/non-attorney* certify; that I served this notice by mailing a copy to above named counsel at above stated address and depositing the same in the U.S. mail at 55 West Monroe, Chicago, Illinois at 5:00 p.m. on _10-17_, 2005, with proper postage prepaid.

[ ] Under penalties as provided by law pursuant to ILL.REV. STAT CHAP 110-SEC 1-109 I certify that the statements set forth herein are true and correct.

Date: 10-17-05
Signature: *Naderh Elrabadi*

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FBFK 18863
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KB-04154/NHE/---
W:\Cases\04154kgb.Madden\Nmo\Service List.wpd
*Madden v. VOA & Associates, et al.*
Court No. 03 L 000433

## SERVICE LIST

Mr. Kevin W. O'Connor
Ms. Heather Howland
**HARMAN, FEDICK & O'CONNOR, LTD.**
222 North LaSalle, Suite 430
Chicago, Illinois 60601
*plaintiff attorney*
*312-263-6452*
*fax 312-368-1140*

**BRENNER, FORD & MONROE, LTD.**
33 N. Dearborn, Suite #300
Chicago, IL 60602
*Attorney for FH Paschen and SN Nielson, Inc.*
*Phone: 312-781-1907*

**NYHAN, PFISTER, BAMBICK,**
**KINZIE & LOWRY, P.C.**
20 N. Clark St. Suite 1000
Chicago, IL 60602-4195
*Attorney for Consolidated High School*
*Phone: 312-629-9800*
*Fax: 312-629-8515*

Mr. Kevin R. Sido
Mr. Richard Velasquez
**HINSHAW & CULBERTSON, LLP**
222 N. LaSalle St., Suite 300
Chicago, IL 60601
*Attorney for Jacobs Facilities, Inc.*
*Phone: 312-704-3000*
*Fax: 312-704-3001*

~~SCHIFF HARDIN LLP~~
~~Sears Tower~~
~~233 S. Wacker Sr., Suite 6600~~
~~Chicago, IL 60606~~
~~*Attorney for Paul M. Lurie*~~
~~*Phone: 312-258-5500 Steven Welhouse*~~
~~*Phone: 312-876-1000*~~
~~*Fax: 312-258-5600*~~
~~*(former counsel for VOA)*~~

Mr. Robert J. Meyer
Mr. Louis J. Phillips
**SWANSON, MARTIN & BELL, LLP**
One IBM Plaza
330 N. Wabash, Suite 3300
Chicago, IL 60611
*Attorney for Cliffs and Cables*
*312-923-8254 phone*
*312-321-0990 fax*

FBFK 18864
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KGB-04154/NHE/esr
W:\Cases\04154kgb.Madden\Nmo\1014_mlf.wpd

#34597

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN,  )<br>    plaintiffs,  )<br>    )<br>v.  )<br>    )<br>F.H. PASCHEN, S.N. NIELSON, INC.,  )<br>JACOBS FACILITIES, INC., CLIFFS AND  )<br>CABLES, LLC and VOA & ASSOCIATES, INC.,  )<br>    defendants.  )<br>_____ )<br>VOA & ASSOCIATES,  )<br>    third-party plaintiff,  )<br>    )<br>v.  )<br>    )<br>SCHULER & SHOOK, INC.  )<br>    third-party defendants.  ) | No. 03 L 000433 |

### ROUTINE MOTION

NOW COMES Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**, by its attorneys, FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM, and moves this Court for the entry of an Order granting it leave to file, *instanter*, its *Third-Party Complaint with summons to issue on Schuler & Shook, Inc.*; copy of said pleading attached hereto and served upon counsel herein, due notice having been given and the Court being fully advised.

WHEREFORE, Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**, prays for the entry of an Order as set forth above.

_____
Attorney for Defendants,
**VOA & ASSOCIATES**

FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM
55 West Monroe, Suite 3400
Chicago, Illinois 60603-5081
(312)782-9255
(312)782-4537 fax
Firm #34597

FBFK 18865
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KGB-04154/NHE/esr #34597
W:\Cases\04154\kgb.Madden\Nmo\1014_mif order.wpd

STATE OF ILLINOIS )
 ) SS
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN, )<br>plaintiffs, )<br> )<br>v. )<br> )<br>F.H. PASCHEN, S.N. NIELSON, INC., )<br>JACOBS FACILITIES, INC., CLIFFS AND )<br>CABLES, LLC and VOA & ASSOCIATES, INC., )<br>defendants. )<br>_____)<br>VOA & ASSOCIATES, )<br>third-party plaintiff, )<br> )<br>v. )<br> )<br>SCHULER & SHOOK, INC. )<br>third-party defendants. ) | No. 03 L 000433 |

### ROUTINE ORDER

THIS CAUSE coming to be heard on Motion of Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**, by its attorneys, FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM, for the entry of an Order granting it leave to file, *instanter*, its *Third-Party Complaint with summons to issue on Schuler & Shook, Inc.*; due notice having been given and the Court being fully advised.

IT IS HEREBY ORDERED:

That Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**, is granted leave to file, *instanter*, its *Third-Party Complaint with summons to issue on Schuler & Shook, Inc.*

**FRATERRIGO, BERANEK,**
**FEIEREISEL & KASBOHM**      ENTER .................................................. 2005
55 West Monroe Street - Ste. 3400
Chicago, IL 60603                          ........................................
(312) 782-9255                           Judge                        Judge's No.
Firm Id. #34597

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

FBFK 18866
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KGB-04154/NHE/esr
W:\Cases\04154kgb Madden\Nme\1014_mtf order.wpd

#34597

STATE OF ILLINOIS ) 
) SS
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN, )<br>plaintiffs, )<br>)<br>v. )<br>)<br>F.H. PASCHEN, S.N. NIELSON, INC., )<br>JACOBS FACILITIES, INC., CLIFFS AND )<br>CABLES, LLC and VOA & ASSOCIATES, INC., )<br>defendants. )<br>_____ )<br>VOA & ASSOCIATES, )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>SCHULER & SHOOK, INC. )<br>third-party defendants. ) | No. 03 L 000433 |

### ROUTINE ORDER

THIS CAUSE coming to be heard on Motion of Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**,

by its attorneys, FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM, for the entry of an Order granting it leave

to file, *instanter*, its *Third-Party Complaint with summons to issue on Schuler & Shook, Inc.*; due notice

having been given and the Court being fully advised.

IT IS HEREBY ORDERED:

That Defendant/Third-Party Plaintiff, **VOA & ASSOCIATES**, is granted leave to file, *instanter*, its *Third-*

*Party Complaint with summons to issue on Schuler & Shook, Inc.*

ENTERED
JUDGE DIANE J. LARSEN - 1771
OCT 2 4 2005
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM       ENTER _____ 2005
55 West Monroe Street - Ste. 3400
Chicago, IL 60603           _____
(312) 782-9255              Judge                    Judge's No.
Firm Id. #34597

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

FBFK 18867
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER