# EXHIBIT 10

F-04154/NHE/esr　　　　　　　　　　　　　　　　　　　　　　　　　　　#34597
W:\Cases\04154kgb.Madden\pleadings\Summons_Schuler.wpd

| 2120 - Served | 2121 - Served |
| --- | --- |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS SUMMONS　　　(REV. 12/22/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAEL J. MADDEN and JEAN MADDEN,　　　)
　　plaintiffs,　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)　　No. 03 L 000433
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
F.H. PASCHEN, S.N. NIELSON, INC.,　　　　　　　　)　　**PLEASE SERVE**
JACOBS FACILITIES, INC., CLIFFS AND　　　　　　 )　　George M. Pearce
CABLES, LLC and VOA & ASSOCIATES, INC.,　　)　　131 S. Dearborn St., 30th Floor
　　defendants.　　　　　　　　　　　　　　　　　　　　　　)　　Chicago, IL 60603

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

OCT 24 2005

| Name | FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM | WITNESS, ........................, 2005 |
| --- | --- | --- |
| Attorney for | Defendant | ........DOROTHY B......................... |
| Address | 55 West Monroe--Suite 3400 | Clerk of the Court |
| City | Chicago, Illinois 60603-5081 | Date of service: ..................., 2005 |
| Telephone | [312]782-9255 | (To be inserted by officer on copy left with |
| Attorney No. | 34597 | defendant or other person) |

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

FBFK 18869
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
00008906  Law-01      10/24/2005 10:58AM
ATTY: 34597    017 RDEKENGO
AD DAMNUM:          $50,000.00
CASE NO: 2003L008433    CALENDAR: B
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $131.00
Third Party 3                  $131.00
CHECK NO: 137858
CHECK AMOUNT:              $131.00
CHANGE                       $0.00
TRANSACTION TOTAL:         $131.00
```

FBFK 18870
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

KGB-04154/NHE/esr  #34597
W:\Cases\04154kgb.Madden\pleadings\tpc_Schuler.wpd

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
# COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL J. MADDEN and JEAN MADDEN,<br>plaintiffs,<br><br>v.<br><br>F.H. PASCHEN, S.N. NIELSON, INC.,<br>JACOBS FACILITIES, INC., CLIFFS AND<br>CABLES, LLC and VOA & ASSOCIATES, INC.,<br>defendants.<br><br>VOA & ASSOCIATES,<br>third-party plaintiff,<br><br>v.<br><br>SCHULER & SHOOK, INC.<br>third-party defendants. | No. 03 L 000433 |

## VOA & ASSOCIATES' THIRD-PARTY
## COMPLAINT FOR CONTRIBUTION

NOW COMES the defendant, **VOA & ASSOCIATES** (VOA), by and through its attorneys, FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM, and for its Third-Party Complaint for Contribution against Shuler & Shook, Inc., states as follows:

1. Plaintiff, a Consolidated District 230 employee, filed his Third Amended Complaint alleging that on August 19, 2002, he was injured in a fall while working at the Amos Alonzo Stagg High School in Palos Hills, Illinois. A copy of the third amended complaint is attached hereto as *Exhibit A*.

2. VOA, the architect on the project, filed an answer to plaintiff's third amended complaint, denying all liability. A copy of the answer is attached hereto as *Exhibit B*.

FBFK 18871
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

3. According to plaintiff, he sustained injury when he fell into an orchestra pit in the Performing Arts Theater.

4. Prior to August 19, 2002, VOA & Associates, retained Shuler & Shook, Inc. as theater consultants to design the orchestra pit in question.

5. Said designs were incorporated into VOA's drawings of the structure related to the subject orchestra pit.

6. Although VOA denies liability and continues to deny liability, and pleading in the alternative, Shuler & Shook, Inc. owed the plaintiff a duty to exercise reasonable care in the performance of its services at the subject building, and Shuler & Shook, Inc. breached that duty by one of more acts or omissions:

    a. Failed to design or implement orchestra pit fillers in the orchestra pit;
    b. Failed to consult or advise VOA architects in regards to theater design safety;
    c. Failed to erect warning signs, barricades or block off said area;
    d. Failed to provide temporary pit covers in the interim;
    e. Failed to design millwork surrounding the pit which would prevent someone from walking into the pit.

7. The occurrence complained of by plaintiff in his complaint and the injuries allegedly sustained by the plaintiff were directly and proximately caused by, or contributed by, one of more of the foregoing negligent acts or omissions.

8. In the event that defendant/third party plaintiff, VOA is found liable to plaintiff, VOA is entitled to contribution from Shuler & Shook, Inc. pursuant to the Illinois Joint Tortfeasor Act, 740 ILCS §100 *et seq.* to the fullest extent of the law for contributing to the cause of plaintiff's alleged injuries and for all damages arising therefrom.

FBFK 18872
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER

WHEREFORE, VOA respectfully requests that if plaintiff obtains judgment against VOA in any amount whatsoever, then VOA should also be awarded judgment against Shuler & Shook, Inc. for contribution in an amount commensurate with its percentage of liability for plaintiff's alleged injuries, for costs and for all other relief the Court deems appropriate.

Respectfully submitted:

*Naderh Elrabadi*

Kurt G. Beranek
Naderh H. Elrabadi
Attorneys for Defendant,
**VOA & ASSOCIATES**

**FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM**
55 West Monroe Street, Suite 3400
Chicago, Illinois 60603-5081
Phone: 312-782-9255
Fax: 312-782-4537
Firm #34597

3

FBFK 18873
PRIVILEGED - SUBJECT
TO PROTECTIVE ORDER